**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONNIE C. RESHARD** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **THE HONORABLE NORMAN Y. MINETA,** ) <br> **SECRETARY OF TRANSPORTATION,** ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **TRANSPORTATION** ) <br> ) <br> ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 06-1136 (JGP) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                            Respectfully submitted,

                                            /s/
                                        WYNEVA JOHNSON, D.C. Bar #278515
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 514-7224