IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE RESHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1136 (JGP) |
| ) | |
| NORMAN Y. MINETA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including December 22, 2006, to respond to Plaintiff's Complaint. Defendant was unable to reach Plaintiff to ascertain her views on the filing of this motion.

The additional time is requested because counsel has not yet completed the discussions and coordination with the agency for the filing of Defendant's response.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, Defendant moves this Court for an Enlargement of Time up to and including December 22, 2006, to respond to Plaintiff's Complaint.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney

Case 1:06-cv-01136-RBW   Document 4   Filed 12/15/2006   Page 3 of 3