IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE RESHARD,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1136 (JGP) |
| **NORMAN Y. MINETA,** | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for an Enlargement of Time, any Opposition thereto and for good cause shown, it is hereby.

ORDERED that Defendant's motion is GRANTED and that Defendant shall have up to and including December 22, 2006, to respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. Civil Division
Washington, D.C. 20530

Connie C. Reshard
1435 4th Street, S.W., B-714
Washington, D.C. 20024