UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONNIE RESHARD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1136 (JGP) |
| NORMAN Y. MINETA, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR A FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an extension of time to file its Motion for Summary Judgment up to and including January 12, 2007. Plaintiff was unable to be reached to ascertain her views as to the filing of this motion.

The additional time is requested because counsel was unable to prepare the dispositive motion in final prior to going on leave.

This request for an enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that Defendant be permitted to file its Motion for Summary Judgment up to and including January 12, 2007.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this _____ day of December, 2006, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

CONNIE C. RESHARD
1435 4th Street, SW
Washington, DC 20024

                \_\_/s/_____
                WYNEVA JOHNSON
                Assistant United States Attorney
                Judiciary Center Building
                555 4th Street, N.W., E-4106
                Washington, D.C. 20530
                (202) 514-7224