UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE RESHARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1136 (JGP) |
| ) | |
| **NORMAN Y. MINETA,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendants' Motion For Enlargement of Time, any Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that Defendants' Motion should be, and it hereby is, granted, and that Defendants may have up to and including January 12, 2006 to file its Motion for Summary Judgment.

_____                                        _____
Date                                                                  United States District Judge

Copies to:

Attorney for Defendants
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20001

Pro Se
CONNIE C. RESHARD
1435 4th Street, SW
Washington, DC 20024