# POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | |
|---|---|---|
| 1. Agency Position No. | | DTKS 0290 |
| 2. Reason for Submission | Redescription / Reestablishment / [X] New / Other | |
| 3. Service | [X] Hdqtrs. / Field | |
| 4. Employing Office Location | Washington, DC | |
| 5. Duty Station | Washington, DC | |
| 6. OPM Certification No. | | |
| 7. Fair Labor Standards Act | [X] Exempt / Nonexempt | |
| 8. Financial Statements Required | [X] Executive Personnel Financial Disclosure / Employment and Financial Interests | |
| 9. Subject to 1A Action | Yes / [X] No | |
| 10. Position Status | Competitive / Excepted (Specify in Remarks) / [X] SES (Gen.) / SES (CR) | |
| 11. Position Is: | [X] Supervisory / Managerial / Neither | |
| 12. Sensitivity | 1-Non-Sensitive / 2-Noncritical Sensitive / 3-Critical Sensitive / 4-Special Sensitive | |
| 13. Competitive Level Code | | |
| 14. Agency Use | | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Director, Office of Economic and Strategic Analysis | ES | 301 | | nlg | 2/5/04 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |
|---|---|

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| U.S. Department of Transportation | Office of Economic and Strategic Analysis |
| a. First Subdivision | d. Fourth Subdivision |
| Office of the Secretary | |
| b. Second Subdivision | e. Fifth Subdivision |
| Office of the Assistant Secretary for Transportation Policy | |

19. Employee Review - This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statement may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) | |
|---|---|---|---|
| George Schoener, Deputy Assistant Secretary | | | |
| Signature | Date 12/15/03 | Signature | Date |

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with most applicable published standards

22. Position Classification Standards Used in Classifying/Grading Position

| a. Typed Name and Title of Official Taking Action | |
|---|---|
| Nancy L. Gauthier | |
| Signature HR Specialist | Date 2/5/04 |

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities (See Attached)

N 7540-00-634-4265  Previous Edition Usable  5008-106  OF 8 (Rev. 1-85) U.S. Office of Personnel Management FPM Chapter 295

## DIRECTOR, OFFICE OF ECONOMIC AND STRATEGIC ANALYSIS

**INTRODUCTION:**

The Director of this office located within the Office of the Secretary, Assistant Secretary for Transportation Policy has the authority to analyze and assess the economic implications of decisions or actions by management affecting transportation matters involving the public and private sectors. The Director serves as the Chief Economic Advisor to the Under Secretary. The office conducts economic evaluations of significant regulations affecting transportation, and provides policy recommendations based on economic analysis to the Secretary and the Under Secretary.

**DUTIES OF THE POSITION:**

The incumbent will supervises analyst reviewing the economic implications of public and private transportation policy issues.

The Director will inform management on the financial viability and changing structure of transportation firms and industries including rail carriers, motor carriers, motor vehicle manufacturers, transit operators, intercity bus carriers, and commercial aircraft and engine manufacturers.

The incumbent shall provide guidance to the operating administrations on procedures and economic assumptions to use in forecasting and economic analysis.

The Director will serve as the Chief Economic Advisor to the Under Secretary for Transportation Policy, and to the Assistant Secretary for Transportation Policy.

The incumbent will support the Assistant Secretary for Transportation Policy in developing recommendations for the Office of General Counsel regarding the economic evaluation of significant regulations prepared in the department.

The incumbent's staff provides analysis of issues involving the financing of transportation infrastructure projects, including new institutional or financial arrangements.

The Office reviews analyses on the economic and financial viability of new transportation technologies and related program proposals.

The Director formulates agenda to provide objectives and goals for the Assistant Secretary to use to provide leadership and direction in the Department's strategic planning activities.

The incumbent facilitates, in cooperation with the operating administrations, the identification of long term transportation issues to guide the development of the Department's strategic plan.

**SUPERVISION REQUIRED:**

The incumbent of this position will report to the designated Deputy Assistant Secretary while still working closely with high-level Department Executives including the Under Secretary and the Assistant Secretary. The incumbent is responsible for managing the staff and raising issues that impact the objectives, missions or commitments of the Office.