# SELECTION CERTIFICATE

Director, Office of Economic and Strategic Analysis
OST-04-001-NG (Amended)

**Best Qualified Candidates**
(Candidates listed in alphabetical order)

| NON COMPETITIVE | ACTION |
|---|---|
| Richard Klem | second selection |
| Rolf R. Schmitt | NS |

| COMPETITIVE | ACTION |
|---|---|
| Regis Milan | NS |
| Carl Swerdloff | NS |
| Jack Wells | first selection |
| Eric Wolfe | NS |

Selecting Official:

_____     6/14/04
Emil Frankel                              Date
Assistant Secretary for Transportation Policy


_____
Jeffrey Shane
Under Secretary of Transportation for Policy

===============================================

Indicate one of the following for each candidate:

S  - Selected            D - Declined
NS - Not Selected        U - Unavailable