# SENIOR EXECUTIVE SERVICE (SES) APPOINTMENT PROPOSAL

Jack Wells, $145,600
Richard Klem, $145,600
Director, Office of Economic and Strategic Analysis
Office of the Assistant Secretary for Transportation Policy

## DUTIES OF POSITION

- Serves as the Chief Economic Advisor to the Secretary of Transportation.
- Conducts economic evaluations of significant regulations affecting transportation.
- Provides policy recommendations based on economic analysis to the Secretary and Under Secretary.
- Provides guidance to the operating administrations on economic assumptions, forecasting and economic analysis.

## MERIT STAFFING/DIVERSITY PROCESS

- Recruitment: Advertising

  - USAJOBS – Advertised vacancy for 93 days on USAJOBS. The Federal Government's official site for employment opportunities information was used to launch the recruitment of the position. USAJOBS is accessed by a diverse worldwide audience of 22 million annually and approximately 20,000 daily, and has been undergoing improvements to make it even more attractive to job applicants.

  - Federal Careers Opportunities publication – Posted vacancy.

  - Federal Jobs Digest publication – Posted vacancy.

  - Diversity Organizations - Vacancy was sent to targeted diversity organizations (National Association of Hispanic Federal Executives, Executive Networking Forum, Asian American Government Executives Network, League of United Latin American Citizens, Blacks in Government, State and Veterans Vocational Rehabilitation agencies, etc.).

- Recruitment: Executive Outreach

  - DOT Executives – Vacancy announcement was sent to DOT executives via the Executive Resources mailbox.

  - The Under Secretary for Transportation Policy highlighted the vacancy at a variety of speaking engagements during the open period of the announcement.

  ➢ The Under Secretary asked office directors to market the vacancy to broad groups of candidates.

  ➢ The Under Secretary made personal contacts with SES leaders for marketing the vacancy.

  ➢ The Under Secretary for Administration reached out to premier economic organizations, academia, and other appropriate organizations.

- 22 applicants applied. 2 were non-competitive, 20 were competitive. Of the 20 competitive, 10 met minimal qualifications and were rated and ranked. Of those 10, 4 were best qualified. A certificate of 2 non-competitive and 4 competitive was referred to the selecting official.

- Referred as Best Qualified/Non-competitive eligibles = 6.

|  | MALE | FEMALE |
|---|---|---|
| African American | 0 | 0 |
| White | 6 | 0 |
| Hispanic | 0 | 0 |
| Asian/Pacific Islander | 0 | 0 |
| American Indian/Alaskan Native | 0 | 0 |

- The interview process was conducted by Emil Frankel, Assistant Secretary, George Schoener, Deputy Assistant Secretary and Tyler Duvall, Deputy Assistant Secretary of the Office of Transportation Policy-all 6 candidates referred were interviewed.

### Candidate 1: Jack Wells

- Since May of 2001, Chief Economist, Bureau of Transportation Statistics, performing duties such as: overseeing and advising on economic research projects, including work on international economic competitiveness, transportation satellite accounts, congressional relations and reauthorization strategy. In addition Mr. Wells served as Deputy Administrator, Federal Railroad Administration from May 2000 through January 2001, performing duties such as: reviewing economic analysis underlying proposed rulemaking as well as conduct the day to day administration of 750 employees.
- Since January of 1995 through March 2000, U.S. House of Representatives Staff Director, Subcommittee on Transportation Infrastructure, performing duties such as drafting comprehensive rail safety bills, reviewing mergers and using econometric models to determine potential for new and innovative technology usage.

- Yale University
  Ph.D., Economics

- Harvard University
  B.A., Economics (cum laude)

**Candidate Assessment:**

Mr. Wells is the offices first choice based on extensive experience in the transportation community in cross modal issues effecting rail, transportation infrastructure and safety. With over 20 years of experience in the direct programs and objectives of the immediate office- Mr. Wells is the first selection and best qualified of the 6 candidates referred. In addition Mr. Wells earned education degrees in Economics from the undergraduate level to the doctorate level. This type of education background will make Mr. Wells an excellent choice in all skill competencies of the position required.

### OTHER SIGNIFICANT FACTORS

Mr. Wells' direct experience working on sub committees directly related to the major areas of the position will be a major asset in the Policy office. This further illustrates the office choice of Mr. Wells as our first selection. Candidate's current salary is $142, 046. Recommended salary is $145,600, a 1.02% increase due to current SES pay rate maximum.

### Candidate 2: Richard Klem

- Since May 1997, President Klem Flying Boats, Inc., performing duties such as: overseeing and developing flying boat technology. Since September 1988 to 1997 serves as Vice President Corporate Strategy, CSX Corporation, performing duties such as: annual business plan, strategic planning and debt planning.
- Since December 1973 through September 1988 served as career federal employee at Civil Aeronautics Board later to be appointed to the Senior Executive Service where Mr. Klem served as an Assistant Director within the OST Policy office, performing duties such as: safety and procurement regulation of the transportation industry, freight issues, rail and transit.

- Northwestern University
  Ph.D., Economics

- Illinois Institute of Technology
  B.A., Economics

**Candidate Assessment:**

Mr. Klem is the second choice of the office based on his direct experience working on the major issues of the Transportation Policy Office, specifically in the economic area. In addition Mr. Klem's education has given him a great background in the skill competency areas of the position. He is considered an outstanding candidate for the above listed reasons.

## OTHER SIGNIFICANT FACTORS

Candidate's current salary exceeds SES pay system. Based on previous experience at the ES-5 level, recommended salary is $145,600.

**Endorsement of Recommended Selections**

_____
Emil Frankel
Assistant Secretary for Transportation Policy

_____
Jeffrey N. Shane
Under Secretary for Policy