Standard Form 50
Rev. 7/91
U.S. Offfice of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WELLS, JOHN V    4121 | ██████████ | 10-22-48 | 10-31-04 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 542 | CONV TO SES CAREER APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V2M | 5 U.S.C. 3393 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| CHIEF ECONOMIST<br>PD NO=SL00031    BU NO=X0800Y01<br>ORG=BTS1.10    CST CNTR=090100 | DIR, OFC ECONOMIC & STRATEGIC ANALYSIS<br>PD NO=ES00290    BU NO=10230S81<br>ORG=8100    CST CNTR=043000 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SL | 0110 | 00 | 07 | $144,708 | PA | ES | 0301 | 00 | 00 | $145,600 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $126,239 | $18,469 | $144,708 | $0 | $145,600 | $0 | $145,600 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| BUREAU OF TRANSPORTATION STATISTICS<br>OFFICE OF THE DIRECTOR<br>WASHINGTON, DC 20590 | ASST SECY FOR TRANSPORTATION POLICY<br>O/TRANSPORTATION POLICY DEVELOPMENT<br>WASHINGTON, DC 20590 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - 1-None  2-5-Point  3-10-Point/Disability  4-10-Point/Compensable  5-10-Point/Other  6-10-Point/Compensable/30% | 0 - 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 12-24-79 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 4 - 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career | E - E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 2 |

**45. Remarks**

APPROP = 5102.000/303/101303/043000/1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%. SES MEMBER
SUBJECT TO POST EMPLOYMENT RESTRICTIONS UNDER 18 U.S.C. 207(C). SUBJECT TO
COMPLETION OF ONE-YEAR SES PROBATIONARY PERIOD BEGINNING 10-31-2004. EMPLOYEE
HAS GUARANTEED PLACEMENT RIGHTS DURING PROBATION. VETERAN PREFERENCE IS NOT
APPLICABLE TO THE SENIOR EXECUTIVE SERVICE. TENURE AS USED FOR 5 USC 3502 IS
NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE. ELIGIBLE FOR SICK AND ANNUAL
LEAVE. FROZEN SERVICE: NONE. CREDITABLE MILITARY SERVICE: NONE. EMPLOYEE IS
AUTOMATICALLY COVERED UNDER FERS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/OST | *Nancy A. Moury*<br>Nancy A. Moury<br>PERSONNEL OFFICER |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TD-01 | 3297 | 11-05-04 | |

5-Part    **2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

