UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE RESHARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORMAN Y. MINETA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1136 (JGP) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion For Summary Judgment, any Opposition thereto and the Court having considered the entire record herein, it is, this _____ day of _____, 2007, hereby,

ORDERED, that Defendant's motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Defendant

_____                                    _____
Date                                                                            United States District Judge

Copies to:

<u>Attorney for Defendants</u>
Wyneva Johnson
Assistant United States Attorney
Civil Division
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20530

<u>Pro Se</u>
CONNIE C. RESHARD
1435 4th Street, SW
Washington, DC 20024