EXHIBIT A1

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT (Privacy Act Statement attached) | (FOR AGENCY USE) 2004-19964-OST |
|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP
(Please Type or Print)

| 1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME | 2. WHAT IS YOUR TELEPHONE NO.? (Including Area Code) |
|---|---|
| Connie Cornelia Reshard | 202-554-9222 |

| YOUR STREET ADDRESS (or RD Number or Post Office Box Number) | HOME PHONE |
|---|---|
| 1435 4th Street, SW, B714 | 202-554-9222 |

| YOUR CITY | STATE | ZIP CODE | WORK PHONE |
|---|---|---|---|
| Washington | DC | 20024 | Same |

| 3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? (Prepare a separate complaint form for each office which you believe discriminated against you) | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT? |
|---|---|
| Office of the Secretary | ___ YES (Answer A, B, and C)  X  NO (Continue with 5) |

| a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU  Office of the Secretary | a. NAME OF AGENCY WHERE YOU WORK  N/A |
|---|---|
| b. STREET ADDRESS OF OFFICE  400 7th Street, SW | N/A |
| CITY  STATE  ZIP CODE  Washington, DC  20024 | c. CITY  STATE  ZIP CODE  N/A |
| | WHAT IS THE TITLE AND GRADE OF YOUR JOB?  N/A |

| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE  MONTH  DAY  YEAR  11  12  2004 | 6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST  X  RACE, IF SO, STATE YOUR RACE ____  ___ COLOR, IF SO STATE YOUR COLOR ____  ___ RELIGION, IF SO, STATE YOUR RELIGION ____  ___ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN ____  X  SEX, IF SO, STATE YOUR SEX ____  X  AGE, IF SO, STATE YOUR AGE ____  ___ HANDICAP, IF SO, STATE YOUR HANDICAP ____  X  REPRISAL ____ |
|---|---|

7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP. (For each allegation, please state to the best of your knowledge, information and belief, what incident occurred and when the incident occurred.) (Continue on reverse of form or add additional sheets.)

See Attached Statement



| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>  X  YES    NO | 8. NAME OF COUNSELOR<br>Sally Jenkins |
|---|---|

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

See Attachment.

| 7. DATE OF THIS COMPLAINT (Month, Day, Year)<br>8/31/2005 | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE<br>*Connie Cornelia Reshard* |
|---|---|

**COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
SUPPLEMENT TO COMPLAINT OF CONNIE CORNELIA RESHARD
AUGUST 31, 2005**

DOT's blacklisting me for future employment that impaired my professional growth and development. Formal litigation commenced on November 15, 1987. In addition to prior acts, I was denied the position because of my age, sex and race as current and continuing discrimination.

DOT treated my application differently than it did other applicants. I applied for the position by certified mail, facsimile and hand delivery on March 27, 2004. DOT refused to acknowledge the certified mail by not executing the return receipt, refused to provide justification for its decision not to hire me for the position and otherwise treated my application as if it did not exist. The reasons, if they exist, for not appointing me to this position are either non-existent or a pretext or both. After March 27, 2004, I made many telephone calls with voice mail messages to the Office of personnel and specifically to Nancy Gauthier, the person coordinating the application process. (1-877-995-1400). When I wrote to the Office of Personnel with a copy to The Honorable Emil Frankel Assistant Secretary for Transportation Policy on November 1, 2004 by certified mail, only then did I receive an e-mail stating that I was a qualified applicant but that my application was not referred to the appointing official for further consideration including appointment to the position. Clearly, a review of the applicants presented will show that I am the most qualified applicant and the failure of the DOT to appoint me is based in part on my race. DOT's prior and continuing efforts to stifle my professional appointment, growth and development as well as prohibit my re-employment with DOT is grounded in race, sex, age and retaliation on an ongoing basis. None of my communications to DOT beginning on November 1, 2004 have been acknowledged. Even the position in issue has been removed from the organizational chart on the official DOT website. Moreover, DOT refused to appoint anyone in the position as a delay tactic. Once I submitted written communication on November 1 and again on November 22, 2004, it was only at that point that DOT claimed to have filled the position. If and when DOT filled the position, it did so solely to void my application and potential EEO process. These acts together with this complaint all together, comprise a basis for punitive damages.

**Sex:**

DOT failed to appoint me to the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy ((OST-04-001-NG) Amended) because of my sex. DOT gave preferential treatment to the mail applicants because it has reached its quota for women in leadership positions and in conjunction with my age as a female, made me undesirable.

**Age:**

I am a black female, who at the time of the application was 56 years of age. I was considered too old together with being a female, to bring the vigor and creativity necessary for the position required and at a point when I should be retiring.

1435 FOURTH STREET, SW   WASHINGTON, DC  20024
TELEPHONE:  202-554-9222/FAX:  202-554-7471
CRESHARD@CONNIERESHARD.COM

**COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
SUPPLEMENT TO COMPLAINT OF CONNIE CORNELIA RESHARD
AUGUST 31, 2005**

**Reprisal:**

One reason my application was not considered appropriately is because of my pending racial discrimination litigation, *Reshard v. Burnley, U.S. District Court for the District of Columbia, Civil Case No. 87-2794.* I am Black, a female, now in my 50s who sought protection under the laws of the United States beginning in the early to mid-eighties against racial discrimination by DOT/OST in promotion, treatment, harassment and ultimately wrongful discharge/ongoing retaliation/reprisals. This led to DOT's continuing blacklisting me regarding employment in the position applied for on March 27, 2004 including the Federal Aviation Administration position, AWA-AIA-2004-1-10156, on May 5, 2004 or with anyone else and more specifically with the federal service. DOT/OST's actions then and now are impairing my professional growth and development. Should DOT contemplate a claim of lack of qualification/the most qualified for the position when it has continued to block my access to this position and many positions prior to this one, such a claim would be inconsistent with federal law.

**No. 9. What corrective action are you seeking?**

I am seeking the following:

- Appointment to this or another position in the federal service at the Senior Executive Position with back pay;

- Maximum compensatory damages not covered by back pay;

- Maximum punitive damages permitted by law;

- Injunctive relief from reprisals, racial discrimination, sex discrimination and age discrimination against employment and promotion; and

- Full employee benefits including retirement.



**U.S. Department of Transportation**
Office of the Secretary
of Transportation

400 Seventh St., S.W.
Washington, D.C. 20590

Date: August 12, 2005

Ms. Connie Reshard
1435 4th Street, SW, Suite B714
Washington, DC 20024

Subject: Notice of Right to File a Discrimination Complaint

Dear Ms Reshard:

This is to inform you that the matter you brought to my attention has not been resolved to your satisfaction. Accordingly, you are now entitled to file a discrimination complaint based on race, color, religion, national origin, sex, age, handicap, or reprisal. If you file a complaint, it must be in writing, signed, and filed in person or by mail within 15 days after receipt of this notice. Your complaint must be filed with the Departmental Office of Civil Rights at the following address:

Ms Tami Wright,
Departmental Office of Civil Rights, S-342
U.S. Department of Transportation
400 7th Street, SW., Room 2104
Washington, D.C. 20590

The complaint must be specific and encompass those matters discussed with me. It must also state whether you have filed an informal complaint.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the Civil rights Officer in writing.

You or your representative will receive a written notice of receipt of your complaint from the appropriate agency official.

If you file a complaint, you should name:

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, SW, Room 10200
Washington, D. C. 20590

1

Sincerely,

*[signature: Zee Grant]*

Zee Grant
OST EEO Intake Program Manager


**Acknowledge Receipt:**

*[signature: Connie C...]*  Date 8/17/05
Signature

Enclosures: Complaint of Discrimination Form
           Notice of Right to File a Formal Discrimination Complaint

August 31, 2005

CERTIFIED MAIL AND RETURN RECEIPT
ATTN: Ms. Tami Wright
Department Office of Civil Rights, S-342
400 7th Street, SW, Room 2104
Washington, DC 20590

Re: Formal Complaint for Connie Cornelia Reshard vs. The Honorable Norman Y. Mineta

Dear Ms. Wright:

Enclosed please find a formal complaint for the above reference style regarding the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy ((OST-04-001-NG) Amended).

Sincerely,

*Connie C. Reshard*
Connie C. Reshard

Enclosure

SEP 0 1 2005

1435 FOURTH STREET, SW  WASHINGTON, DC 20024
TELEPHONE: 202-554-9222/FAX: 202-554-7471
CRESHARD@CONNIERESHARD.COM

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT *(Privacy Act Statement attached)* | (FOR AGENCY USE) |
|---|---|---|

**BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP**
*(Please Type or Print)*

| 1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME | 2. WHAT IS YOUR TELEPHONE NO.? *(Including Area Code)* |
|---|---|
| Connie Cornelia Reshard | 202-554-9222 |
| YOUR STREET ADDRESS *(or RD Number or Post Office Box Number)* | HOME PHONE |
| 1435 4th Street, SW, B714 | 202-554-9222 |

| YOUR CITY | STATE | ZIP CODE | WORK PHONE |
|---|---|---|---|
| Washington | DC | 20024 | Same |

| 3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? *(Prepare a separate complaint form for each office which you believe discriminated against you)* Office of the Secretary | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT? ___ YES (Answer A, B, and C) _X_ NO (Continue with 5) |
|---|---|
| a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU    Office of the Secretary | a. NAME OF AGENCY WHERE YOU WORK  N/A |
| b. STREET ADDRESS OF OFFICE  400 7th Street, SW | N/A |

| CITY STATE ZIP CODE | c. CITY STATE ZIP CODE |
|---|---|
| Washington, DC 20024 | N/A |
| | WHAT IS THE TITLE AND GRADE OF YOUR JOB? N/A |

| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE  MONTH  DAY  YEAR  11  12  2004 | 6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST _X_ RACE, IF SO, STATE YOUR RACE ___ ___ COLOR, IF SO STATE YOUR COLOR ___ ___ RELIGION, IF SO, STATE YOUR RELIGION ___ ___ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN ___ _X_ SEX, IF SO, STATE YOUR SEX ___ _X_ AGE, IF SO, STATE YOUR AGE ___ ___ HANDICAP, IF SO, STATE YOUR HANDICAP ___ _X_ REPRISAL ___ |

7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP. *(For each allegation, please state to the best of your knowledge, information and belief, what incident occurred and when the incident occurred.) (Continue on reverse of form or add additional sheets.)*

See Attached Statement

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>  X  YES      NO | 9. NAME OF COUNSELOR<br>Sally Jenkins |
|---|---|

**9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?**

See Attachment.

| 1. DATE OF THIS COMPLAINT (Month, Day, Year)<br>8/31/2005 | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE<br>*Connie C. Reshard* |
|---|---|

**COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
SUPPLEMENT TO COMPLAINT OF CONNIE CORNELIA RESHARD
AUGUST 31, 2005**

DOT's blacklisting me for future employment that impaired my professional growth and development. Formal litigation commenced on November 15, 1987. In addition to prior acts, I was denied the position because of my age, sex and race as current and continuing discrimination.

DOT treated my application differently than it did other applicants. I applied for the position by certified mail, facsimile and hand delivery on March 27, 2004. DOT refused to acknowledge the certified mail by not executing the return receipt, refused to provide justification for its decision not to hire me for the position and otherwise treated my application as if it did not exist. The reasons, if they exist, for not appointing me to this position are either non-existent or a pretext or both. After March 27, 2004, I made many telephone calls with voice mail messages to the Office of personnel and specifically to Nancy Gauthier, the person coordinating the application process. (1-877-995-1400). When I wrote to the Office of Personnel with a copy to The Honorable Emil Frankel Assistant Secretary for Transportation Policy on November 1, 2004 by certified mail, only then did I receive an e-mail stating that I was a qualified applicant but that my application was not referred to the appointing official for further consideration including appointment to the position. Clearly, a review of the applicants presented will show that I am the most qualified applicant and the failure of the DOT to appoint me is based in part on my race. DOT's prior and continuing efforts to stifle my professional appointment, growth and development as well as prohibit my re-employment with DOT is grounded in race, sex, age and retaliation on an ongoing basis. None of my communications to DOT beginning on November 1, 2004 have been acknowledged. Even the position in issue has been removed from the organizational chart on the official DOT website. Moreover, DOT refused to appoint anyone in the position as a delay tactic. Once I submitted written communication on November 1 and again on November 27, 2004, it was only at that point that DOT claimed to have filled the position. If and when DOT filled the position, it did so solely to void my application and potential EEO process. These acts together with this complaint all together, comprise a basis for punitive damages.

**Sex:**

DOT failed to appoint me to the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy ((OST-04-001-NG) Amended) because of my sex. DOT gave preferential treatment to the mail applicants because it has reached its quota for women in leadership positions and in conjunction with my age as a female, made me undesirable.

**Age:**

I am a black female, who at the time of the application was 56 years of age. I was considered too old together with being a female, to bring the vigor and creativity necessary for the position required and at a point when I should be retiring.

**COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
SUPPLEMENT TO COMPLAINT OF CONNIE CORNELIA RESHARD
AUGUST 31, 2005**

**Reprisal:**

One reason my application was not considered appropriately is because of my pending racial discrimination litigation, *Reshard v. Burnley, U.S. District Court for the District of Columbia, Civil Case No. 87-2794*. I am Black, a female, now in my 50s who sought protection under the laws of the United States beginning in the early to mid-eighties against racial discrimination by DOT/OST in promotion, treatment, harassment and ultimately wrongful discharge/ongoing retaliation/reprisals. This led to DOT's continuing blacklisting me regarding employment in the position applied for on March 27, 2004 including the Federal Aviation Administration position, AWA-AIA-2004-1-10156, on May 5, 2004 or with anyone else and more specifically with the federal service. DOT/OST's actions then and now are impairing my professional growth and development. Should DOT contemplate a claim of lack of qualification/the most qualified for the position when it has continued to block my access to this position and many positions prior to this one, such a claim would be inconsistent with federal law.

**No. 9. What corrective action are you seeking?**

I am seeking the following:

Appointment to this or another position in the federal service at the Senior Executive Position with back pay;

Maximum compensatory damages not covered by back pay;

Maximum punitive damages permitted by law;

Injunctive relief from reprisals, racial discrimination, sex discrimination and age discrimination against employment and promotion; and

Full employee benefits including retirement.

August 31, 2005

CERTIFIED MAIL AND RETURN RECEIPT
ATTN: Ms. Tami Wright
Department Office of Civil Rights, S-342
400 7th Street, SW, Room 2104
Washington, DC 20590

Re:   Formal Complaint for Connie Cornelia Reshard vs. The Honorable Norman Y. Mineta

Dear Ms. Wright:

Enclosed please find a formal complaint for the above reference style regarding the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy ((OST-04-001-NG) Amended).

Sincerely,

Connie C. Reshard

Connie C. Reshard

Enclosure

December 21, 2004

CERTIFIED MAIL AND RETURN RECEIPT

ATTN: Frances Brown, EEO Counselor
U.S. Department of Transportation
Office of the Secretary (OST)
Nassif Building, Room 7422
400 Seventh Street, SW
Washington, DC 20590

Re: (OST-04-001-NG) Amended

Dear Ms. Brown:

This is to initiate the formal process regarding a complaint of discrimination under all applicable laws of the United States of America.

On March 27, 2004, I applied for the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy advertised at www.jobsearch.usajobs.opm.gov. The announcement may have been amended several times. On November 1, 2004, I wrote a letter to the Office of Personnel and copied the hiring official, the Honorable Emil Frankel, Assistant Secretary for Transportation Policy regarding my application for the above referenced position. A certified copy mailed to Assistant Secretary Emil Frankel has not been acknowledged. A second letter hand delivered on November 29, 2004 was acknowledged by telephone by his office. The enclosed e-mail dated April 1, 2004, acknowledges the receipt of my application by the United States Department of Transportation. (Enclosure no. 1).

According to the enclosed e-mail dated November 12, 2004, I am qualified for the position but did not make the "best qualified list." (Enclosure no. 2). Please be advised that I am challenging my failure to be appointed to the position, my failure to make the list of the most qualified candidates and the process for which the decisions were made for the following reasons. My reasons are two fold: I am a victim of current race and sex discrimination **and** I am a victim of retaliation and pretext acts because of prior acts of racial discrimination against me including wrongful discharge. As a result of these prior acts, I am currently involved in litigation against the Department for racial discrimination dating back to 1981 including retaliation as well as individual discreet acts since 1981 that are continuing on a systematic basis.

Sincerely,

Connie Reshard

Enclosures

December 21, 2004

CERTIFIED MAIL AND RETURN RECEIPT

ATTN: Frances Brown, EEO Counselor
U.S. Department of Transportation
Office of the Secretary (OST)
Nassif Building, Room 7422
400 Seventh Street, SW
Washington, DC 20590

Re: (OST-04-001-NG) Amended

Dear Ms. Brown:

This is to initiate the formal process regarding a complaint of discrimination under all applicable laws of the United States of America.

On March 27, 2004, I applied for the position of Director, Office of Economic and Strategic Analysis, ES-301 in the Office of the Secretary, Office of the Assistant Secretary for Transportation Policy advertised at www.jobsearch.usajobs.opm.gov. The announcement may have been amended several times. On November 1, 2004, I wrote a letter to the Office of Personnel and copied the hiring official, the Honorable Emil Frankel, Assistant Secretary for Transportation Policy regarding my application for the above referenced position. A certified copy mailed to Assistant Secretary Emil Frankel has not been acknowledged. A second letter hand delivered on November 29, 2004 was acknowledged by telephone by his office. The enclosed e-mail dated April 1, 2004, acknowledges the receipt of my application by the United States Department of Transportation. (Enclosure no. 1).

According to the enclosed e-mail dated November 12, 2004, I am qualified for the position but did not make the "best qualified list." (Enclosure no. 2). Please be advised that I am challenging my failure to be appointed to the position, my failure to make the list of the most qualified candidates and the process for which the decisions were made for the following reasons. My reasons are two fold: I am a victim of current race and sex discrimination **and** I am a victim of retaliation and pretext acts because of prior acts of racial discrimination against me including wrongful discharge. As a result of these prior acts, I am currently involved in litigation against the Department for racial discrimination dating back to 1981 including retaliation as well as individual discreet acts since 1981 that are continuing on a systematic basis.

Sincerely,

*Connie Reshard*
Connie Reshard

Enclosures

*Sallie M. Jenkins* (signature)
_____
EEO Counselor's Name

FPMI Solutions, Inc
4901 University Square, Suite 3
Huntsville, Alabama 35816
_____
Office Address

301 499-7259
_____
Telephone Number

February 7, 2005
_____
Date

4