EXHIBIT F2

## AFFIDAVIT

CITY OF: Washington, D.C.

I, Nancy L. Gauthier, make the following statement freely and voluntarily to Patrick J. Neri, who has identified him/herself to me as a Contract EEO Investigator for the following federal agency: Department of Transportation, investigating a complaint of discrimination filed by Connie C. Reshard, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear:

1. My full name is Nancy L. Gauthier. I am a Human Resource Specialist, GS-14, in Employee and Executive Resources M-15, Departmental Office of Human Resource Management, under the Assistant Secretary for Administration, Department of Transportation (DOT). I have been in my position since June 2002. My immediate supervisor is Mary Lou Kelley, and my second level supervisor is ~~Patricia Prosperi~~ *Nancy Mowry*. I ~~am a~~ white female, and I am 48 years old ((DOB: 3/27/57). I have not filed an EEO complaint, and I was not aware of Ms. Reshard's prior EEO complaint activity.

2. The vacancy announcement for the position of Director, Office of Economic and Strategic Analysis (ES-301) opened on January 12, 2004, and closed on March 31, 2004, after being extended. Applications were clocked in with the date on which they were received and entered into a database. A notice of receipt was also sent to the applicant. I reviewed the applications for basic qualifications, and they were sent to a panel for review. Applications from individuals who were currently SES, reinstatement eligibility, or were certified graduates of an OPM approved candidate development program would have been sent directly to the selecting official and did not have to be reviewed by the panel.

3. The panel members compared the applications with the crediting plan and rated and ranked the applicants. That resulted in the creation of a best qualified list which was sent to the selecting official who interviewed all applicants prior to making a selection.

4. Ms. Reshard's application was received on March 31, 2004. An email message was sent to her on that date notifying her that we received the application. A review of her application determined that she met the basic qualifications. The panel that reviewed the applications consisted of Sherri Alston, Bruce Carlton, and Jane Bachner. Ms. Reshard did not make the best qualified list based on the review by the panel. The best qualified list consisted of four competitive applicants *that were rated & ranked by the panel*, and two non-competitive applicants who were automatically sent to the selecting official without being reviewed by the panel.

5. The panel rated the applicants as highly qualified, well qualified, or minimally qualified for the factors involved. Ms. Reshard was rated as minimally qualified in each factor. That was why she was not included on the best qualified list.

6. There were no deviations from the normal way of processing applications or filling vacancies. OPM conducted a merit staffing review of the process since the selectee, Jack Wells, had worked as a non career SES employee within the previous three years. Mr. Wells was approved by the ~~Quality~~ Review Board, and appointed to the position. Ms. Reshard was notified by email in mid November 2004 of her non-selection for the position. *My Qualifications at the Office of Personnel Mgt*

7. A mediation meeting was held, and it was explained to Ms. Reshard why she did not make the best qualified list. The reasons included not addressing the technical qualifications as stated in the vacancy announcement, having dated experience, and not providing much information on the briefing levels. The panel members also felt she needed to more fully address the key characteristics and competencies listed under each Executive Core Qualification.

8. There was ~~never any~~ discussion of Ms. Reshard's race, sex, age, or prior EEO activity.

I have read this statement, consisting of __2__ pages, and it is true, complete, and correct to the best of my knowledge and belief.

_Nancy L. Gauthier_
Signature

_11/30/05_
Date

Signed and sworn to before me
on this ____ day of _____, _____,
at _____.

_____
Neutral witness, notary, or Investigator

## PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
## (OTHER THAN COMPLAINANT)
## FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____
Signature of Interviewer

_____
Nancy L. Gauthier
Signature of Affiant

11-17-05
Date

DOT
Place