EXHIBIT F3

# AFFIDAVIT

CITY OF:   Washington, D.C.

I, Jane H. Bachner, make the following statement freely and voluntarily to Patrick J. Neri, who has identified him/herself to me as a Contract EEO Investigator for the following federal agency: Department of Transportation (DOT), investigating a complaint of discrimination filed by Connie Reshard, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1.   My full name is Jane H. Bachner. I am the Deputy Associate Administrator for Policy and Program Development, Federal Railroad Administration, DOT. My grade is SES. I have been in my position for about ten years. My immediate supervisor is Mark Schnabel, Director of the Office of Policy and Congressional Affairs. I am a white female, and I am 58 years of age (DOB: 7/11/47). I have not filed an EEO complaint, and I was not aware that Ms. Reshard had filed a prior EEO complaint.

2.   I was called by DOT Human Resources and asked to participate on a panel to review applications for the position of Director, Office of Economic and Strategic Analysis. I was provided with copies of the applications, and the panel members separately reviewed each one. We then met to discuss our ratings and why we felt as we did. We arrived at a ranking order grouping the applicants by those who were rated as highly qualified, well qualified, and minimally qualified.

3.   I rated each application against the technical rating criteria and not against the other applicants. I only rated Ms. Reshard based on the information provided in her application. I had never met her. Ms. Reshard was rated as minimally qualified. She did not talk much about the requirements in the technical criteria. She only described working in the area of air with a little in trucking, but there was not much in the area of economic analysis. Ms. Reshard, as well as the other applicants, was rated based on whether her experience was extensive, significant, or limited as described in the criteria. She mentioned some of her experience in economic analysis in passing, but she did not describe much in depth.

4.   The applicants that made the best qualified list included several who had a great deal of economic analysis work and had worked extensively with senior officials; and others who had both broad experience in many modes and had a great depth of work in those areas.

5.   There was never any discussion or consideration of the race, sex, age, or EEO activity of Ms. Reshard or any of the other applicants. All of the panel members were

pretty consistent in the way we rated the applicants, and nobody told me how to rate anyone.

I have read this statement, consisting of \_\_\_\_2\_\_ pages, and it is true, complete, and correct to the best of my knowledge and belief.

_____
Signature

_____Dec-2, 2005_____
Date

Signed and sworn to before me
on this 2 day of _12_, _05_,
at _Washington, DC_____.

_Evelyn Tremble Moon_____
Neutral Witness, notary, or Investigator

# PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
## (OTHER THAN COMPLAINANT)
## FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____  
Signature of Interviewer

_____  
Date

_____  
Signature of Affiant

Place  Federal Railroad Admin.  Washington, DC