

EXHIBIT F6a

# AMENDMENT AMENDMENT
## CAREER OPPORTUNITY

## U.S. DEPARTMENT OF TRANSPORTATION

## OFFICE OF THE SECRETARY

**ANNOUNCEMENT NUMBER:**   OST-04-001-NG (Amended)

**POSITION TITLE:**   Director, Office of Economic and
Strategic Analysis
ES-301  (SES Salary Range $103,700 - $144,600)



**POSITION LOCATION:**   U.S. Department of Transportation
Office of the Secretary
Office of the Assistant Secretary for
Transportation Policy
Washington, DC

**AREA OF CONSIDERATION:**   Open to All U.S. Citizens

**OPENING DATE:**   January 12, 2004

**CLOSING DATE:**   NEW DATE:  MARCH 31, 2004

*NOTE:  This amendment changes the closing date from March 1, 2004 to March 31, 2004.*

Due to U.S. mail delays, it is recommended that applicants fax, use a professional delivery service or personally deliver applications to ensure timely receipt.

### DOT is an Equal Opportunity Employer

All qualified candidates will be considered regardless of political affiliation, race, color, religion, national origin, sex, sexual orientation, marital status, age, disability, or other non-merit factors. DOT provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify us. Decisions on granting reasonable accommodation will be made on a case-by-case basis.

<u>Why Work for Us?</u>

Transportation impacts every facet of American life, providing people access to work, school, loved ones, and nature's rich bounty. The U.S. Department of Transportation is committed to transportation excellence and strives to create the best possible integrated air, land, and sea transportation system for America. As a DOT employee, you will become a part of a dedicated workforce who work day-to-day to make measurable improvements in our transportation system, the security of our nation, and the quality of American life.

<u>Summary of Essential Job Functions</u>

As the Director, Office of Economic and Strategic Analysis, you will:

- Serve as the Chief Economic Advisor to the Under Secretary for Transportation Policy.
- Conduct economic evaluations of significant regulations affecting transportation
- Provide policy recommendations based on economic analysis to the Secretary and Under Secretary.
- Provide guidance to the operating administrations on economic assumptions, forecasting and economic analysis.

<u>What Are the Qualifications for This Position?</u>



Specialized Experience Required: Applicants must provided detailed evidence that their knowledge, skills, abilities and other personal characteristics meet the managerial and technical requirements listed below and reflect the ability to perform the duties of the position.

**A. MANAGERIAL REQUIREMENTS**

1. **Leading Change:** The ability to develop and implement an organizational vision which integrates key national and program goals, priorities, values, and other factors. Inherent to it is the ability to balance change and continuity – to continually strive to improve customer service and program performance within the basic Government framework, to create a work environment that encourages creative thinking, and to maintain focus, intensity, and persistence, even under adversity.

2. **Leading People:** The ability to design and implement strategies which maximize employee potential and foster high ethical standards in meeting the organization's vision, mission, and goals.

3. **Results Driven:** Stresses accountability and continuous improvement. It includes the ability to make timely and effective decisions and produce results through strategic planning and the implementation and evaluation of programs and policies.

and information resources in a manner which instills public trust and accomplishes the organizatic ' mission, and to use new technology   enhance decision making.

5. **Building Coalitions/Communications:** The ability to explain, advocate and express facts and ideas in a convincing manner, and negotiate with individuals and groups internally and externally. It also involves the ability to develop an expansive professional network with other organizations, and to identify the internal and external politics that impact the work of the organization.

For further explanation and guidance in addressing the five Managerial Requirements listed above, candidates should visit OPM's SES webpage at *http://www.opm.gov/ses/handbook.html*

## B. TECHNICAL REQUIREMENTS

1. Demonstrated knowledge and understanding of the economic impacts of transportation system performance, investments, and costs on the status and growth of national and regional economies. Is knowledgeable about the application of economic concepts and reasoning in the development and evaluation of transportation investment, strategic planning, regulatory and operating policies and programs.

2. Demonstrated ability to develop innovative concepts relating to economic growth through efficient and flexible transportation. Ability to guide and direct analysis of these concepts, and to work with internal staff, constituencies, executives, and other agencies to refine and develop support for the options, and to translate the concepts into Department, or comparable, transportation policies and initiatives.

3. Has extensive experience with and understanding of the issues relating to the interrelationship between the public and private transportation sectors. Is able to advise the highest levels of management on the likely effects of Federal transportation policies and actions on the private transportation sector and on transportation unions. Understands the major trends in the structure of the transportation industries and the introduction of new technologies as they may affect Federal transportation policies, regulations and programs.

**How Will The Qualified Applicants Be Further Evaluated And Rated To Identify The Best Qualified?**

If you are basically qualified for this job, you will be further evaluated on the quality and extent of your total accomplishments, experience and education related to the managerial and technical requirements.

The Federal Gove    lent offers excellent benefits, flexib'    ork schedules and family-friendly programs. You will receive paid annual leave and sick leave. Depending on whether the position you are applying for is permanent or time limited, you will be eligible for retirement, health insurance, life insurance and Long Term Care insurance. A brief summary of the Federal benefits for permanent employees can be found at http://www.usajobs.opm.gov/ei61.asp.

## Before You Go Any Further, Here Are Some Other Things You Need to Know

- United States citizenship is required. **(Proof of citizenship will be required to be shown upon appointment.)**

- The **"Area of Consideration"** section shown on the first page indicates who may apply for this position. For example, if the area is **"Open to all US Citizens"**, then anyone who is a US Citizen may apply.

- If you are selected for this position, you may be subject to a determination of your suitability for Federal employment.

- Before being hired, you will be required to sign and verify the accuracy of the information in your application if you have not done so using an application form such as the OF 612.

- If you are selected for this position, you will be required to file a financial disclosure statement in accordance with the Ethics in Government Act of 1978.

## How To Apply For This Position

1) Submit four (4) copies of your current SF-171 (Application for Federal Employment), resume, or an OF-612 (Optional Application for Federal Employment). You may choose which form to submit provided it contains all required information. Required information is listed in the section below labeled "Here's What Your Application Must Contain."
2) Submit four (4) copies of a Qualifications Brief, which is a statement indicating how your experience, education, training, awards, and/or self-development activities meet the Qualifications listed above. The Qualifications Brief must cover the five managerial requirements and the three technical requirements. Format the brief so that each requirement is individually addressed. It must provide sufficient information including examples of work assignments, projects, etc., to determine whether or not you are qualified for the position. (Note: If you have career status in the SES or are a CDP graduate, your brief should only address the technical requirements.)



*Here's What Your Application M    Contain*

### JOB INFORMATION

- Announcement number and title of the position

### PERSONAL INFORMATION

- Full name
- Mailing address (with Zip Code)
- Social Security Number
- Country of citizenship (Most Federal jobs require United States citizenship)
- Federal employees & Reinstatement eligibles (Attach SF-50)
- Highest Federal civilian grade held

### EDUCATION

- High School name, city, state, and date of diploma or GED
- College/University names, city, and state Major(s)
- Type and year of degree(s) received

### WORK EXPERIENCE
(paid and unpaid)

- Job Title
- Duties and accomplishments
- Employer's name and address (indicate if we may contact your current supervisor)
- Supervisor's name and telephone number
- Starting and ending dates (month and year)
- Hours per week
- Salary and/or Grade (GS-or equivalent)

### OTHER QUALIFICATIONS

- Job-related training courses (title and year)
- Job-related skills (e.g., foreign languages, computer software/hardware, etc.)
- Job-related certificates and licenses (current only)
- Job-related honors, awards, and special accomplishments (e.g., memberships in professional or honor societies, leadership activities, public speaking, performance awards and publications) (give dates)



*Where To Send Your Application*

U.S. Department of Transportation
Office of the Secretary (OST)
Human Resources Operations, M-16
400 Seventh Street, SW - Room 2225
Washington, DC 20590
ATTN: (OST-04-001-NG) Amended

- **ALL applications must be in our office by 5:00 p.m. Eastern Standard Time on the announcement closing date. Applications received after the closing date will not be considered.**

- Applications mailed in a Government envelope will not be accepted.

*Questions?*

Call (202) 366-4075 or TDD (202) 366-7630. Please reference the announcement number so we can help you more efficiently. Outside the Washington, D.C. Metro area, dial 1-800-525-2878.

**ALTERNATIVE FORMATS:** Should you need a copy of this announcement in an alternative format to accommodate a disability, please contact one of the above numbers.

)

)