EXHIBIT F6c

# SELECTION CERTIFICATE

Director, Office of Economic and Strategic Analysis
OST-04-001-NG (Amended)

Best Qualified Candidates
(Candidates listed in alphabetical order)

| NON COMPETITIVE | |
|---|---|
| Richard Klem | second selection |
| Rolf R. Schmitt | NS |

| COMPETITIVE | |
|---|---|
| Regis Milan | NS |
| Carl Swerdloff | NS |
| Jack Wells | first selection |
| Eric Wolfe | NS |

Selecting Official:

_____        6/14/04
Emil Frankel                                Date
Assistant Secretary for Transportation Policy


_____
Jeffrey Shane
Under Secretary of Transportation for Policy

Indicate one of the following for each candidate:

S - Selected          D - Declined
NS - Not Selected     U - Unavailable

Case 1:06-cv-01136-RBW     Document 7-10     Filed 01/12/2007     Page 2 of 2