EXHIBIT F6d

## DIRECTOR, OFFICE OF ECONOMIC AND STRATEGIC ANALYSIS

1. Demonstrated knowledge and understanding of the economic impacts of transportation system performance, investments, and costs on the status and growth of national and regional economies. Is knowledgeable about the application of economic concepts and reasoning in the development and evaluation of transportation investment, strategic planning, regulatory and operating policies and programs.

### Highly Qualified:

Extensive experience working on a wide variety of domestic transportation issues, across modes and at a national level.

Recognized expert in one or more areas of domestic transportation, or other public policy areas related to this position, as evidenced by authorship, speeches, technical committee membership, awards, etc.

Extensive experience providing advice and counsel to very senior government or private sector officials in the area of strategic planning and analysis and extensive experience working with very senior officials in the government and/or the private sector.

### Well Qualified:

Significant level experience working on a variety of transportation problems, on the domestic front, across modes and at a national level or experience limited to a narrow area either geographically or modally.

Significant experience providing advice and counsel to very senior government or private sector officials on strategic planning and analysis with significant experience working with very senior officials in the government and/or the private sector.

### Minimally Qualified:

Limited experience working on a variety of transportation problems, on the domestic front, across modes and at a national level or experience limited to a narrow area either geographically or modally.

2. Demonstrated ability to develop innovative concepts relating to economic growth through efficient and flexible transportation. Ability to guide and direct analysis of these concepts, and to work with internal staff, constituencies, executives, and other agencies to refine and develop support for the options, and to translate the concepts into Department, or comparable, transportation policies and initiatives.

### Highly Qualified:

Extensive experience developing creative solutions to economic growth and trade issues effecting a major transportation program both nationally and internationally.

Extensive experience in translating innovative concepts into appropriate policy and program initiatives.

Extensive experience managing a staff responsible for analyzing economic growth and trade problems effecting a major transportation program, refining options by working with constituencies, and developing Departmental policies.

### Well Qualified:

Significant experience developing creative solutions to economic growth and trade issues effecting a major transportation program both nationally and internationally; some of the experience may be limited to more narrow economic and trade problems.

Significant experience in translating innovative concepts into appropriate policy and program initiatives.

Significant experience managing a staff responsible for analyzing economic growth and trade problems effecting a major transportation program, or extensive experience limited to narrower range of economic and trade problems.

### Minimally Qualified:

Limited experience developing creative solutions to economic growth and trade issues effecting a major transportation program both nationally and internationally; some of the experience may be limited to more narrow economic and trade problems.

Limited experience in translating innovative concepts into appropriate policy and program initiatives.

Limited experience managing a staff responsible for analyzing economic growth and trade problems effecting a major transportation program.

3. Has extensive experience with and understanding of the issues relating to the interrelationship between the public and private transportation sectors. Is able to advise the highest levels of management on the likely effects of Federal transportation policies and actions on the private transportation sector and on transportation unions. Understands the major trends in the structure of the transportation industries and the introduction of new technologies as they may affect Federal transportation policies, regulations and programs.

### Highly Qualified:

Extensive experience providing advice and counsel to very senior government or private sector officials.

Extensive experience working with very senior officials in the government and/or the private sector.

### Well Qualified:

Significant experience providing advice and counsel to very senior government or private sector officials.

Significant experience working with very senior officials in the government and/or the private sector.

### Minimally Qualified:

Limited direct experience providing advice and counsel to very senior government or private sector officials; most experience is working through superiors.

Limited direct experience working with very senior officials in the government and/or the private sector.