EXHIBIT G1c

## Selection Certificate for Candidates Referred To the Selecting Official for the Position of Director, Office of Economic and Strategic Analysis, Office of the Assistant Secretary for Transportation Policy

| Status | Race | Sex | Age in 2004 | Prior EEO Activity |
|---|---|---|---|---|
| Noncompetitive | White | Male | 60 | |
| Noncompetitive | White | Male | 54 | |
| Competitive | White | Male | Unknown | |
| Competitive | White | Male | Unknown | |
| Competitive | White | Male | 56 (Selectee) | |
| Competitive | White | Male | 50 | |

1c. Selection certificate, with each candidate referred to the selecting official identified by race, sex, age (date of birth), and any prior EEO activity.

Director, Office of Economic and Strategic Analysis
Office of the Assistant Secretary for Transportation Policy
OST-04-001-NG (Amended)

| Candidate | Competitive/ Noncompetitive | Race | Sex | Age in 2004 (DOB) | Prior EEO Activity? |
|---|---|---|---|---|---|
| Klem, Richard | Noncompetitive | W | M | 60 (9/15/44) | |
| Schmitt, Rolf R. | Noncompetitive | W | M | 54 (9/29/50) | |
| Milan, Regis | Competitive | W | M | not provided | |
| Swerdloff, Carl | Competitive | W | M | not provided | |
| Wells, Jack | Competitive | W | M | 56 (10/22/48) | |
| Wolfe, Eric | Competitive | W | M | 50 (4/11/54) | |