UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CONNIE RESHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1136 (JGP) |
| | ) | |
| NORMAN Y. MINETA, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion For Summary Judgment, any Opposition thereto and the Court having considered the entire record herein, it is, this _____ day of _____, 2007, hereby,

ORDERED, that Defendant's motion be, and hereby is GRANTED, and it is further,

ORDERED, that judgment be, and hereby is, entered in favor of the Defendant

_____                                             _____
      Date                                                                              United States District Judge

Copies to:

<u>Attorney for Defendants</u>                                    <u>Pro Se</u>
Wyneva Johnson                                                  CONNIE C. RESHARD
Assistant United States Attorney                                1435 4th Street, SW
Civil Division                                                  Washington, DC 20024
Judiciary Center Bldg.
555 4th Street, NW,
Washington, D.C. 20530