**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CONNIE C. RESHARD,

      Plaintiff,

Versus                                     Civil Case No. 06cv1136
                                            Senior Judge John Garrett Penn

THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION

      Defendant.

_____/

## MOTION FOR REASSIGNMENT OF CASE AND JUDICIAL RECUSAL

1.    Plaintiff respectfully moves the Clerk to reassign this case to another judge based on random selection and the local rules of this Court. This case was assigned to Senior Judge John Garrett Penn because the plaintiff is proceeding *pro se* in a pending related case entitled *Reshard v. Burney (Slater)*, Civil Case No. 87-2794. Pending in *Reshard v. Slater*, is a motion for Senior Judge Penn to recuse himself based on bias against the plaintiff. Therefore, Senior Judge Penn should recuse himself from this case. Points and Authorities are attached hereto.

Dated January 11, 2007



Connie C. Reshard
Plaintiff, *Pro Se*

**RECEIVED**

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## POINTS AND AUTHORITIES

2.    The above style case filed on June 22, 2006 was assigned to Senior Judge John Garrett Penn pursuant to Local Rule Supplement IV (A)(3) and LCVR 40.5. The case alleges a continuing pattern of racial discrimination, sexual discrimination, and age discrimination and racial discrimination/retaliation dating back to the eighties and going forward against the plaintiff by the United States Department of Transportation.

3.    The related case of *Reshard v. Burnley (Slater),* was filed in 1987 and has been pending for nearly 20 years. It alleges racial discrimination and retaliation against the plaintiff by the United States Department of Transportation. **Currently, a motion for judicial recusal is pending and has been pending for several years**. Federal law requires punctual resolution of all motions and punctual resolution of the case under the Civil Justice Reform Act and under both due process and equal protection of the law. ***Judicial Notice Emphasis Added.*** *The federal public policy is to resolve these cases.* The attached docket sheet shows that Senior Judge Penn has allowed the case to languish in a manner inconsistent with judicial efficiency and apparently judicial fairness. Plaintiff's Exhibit 1. Plaintiff also asserts that the Office of the Clerk specifically assigned the case to Senior Judge Penn in 1987. I overheard a male clerk ask a female supervisor if he should assign the case to then-District Court Judge John Garrett Penn and the supervisor said yes. There was nothing random about the process in the first place.

2

4.      Further Senior Judge Penn maintains an entrenched bias against the plaintiff as is, in part, evidenced by obvious dismissal of most of the case and such action is inconsistent with federal law and the facts in the case. More than one Assistant U.S. Attorneys did not file a new motion for summary judgment or answer plaintiff's motion for summary judgment, suggesting that they believed that was no legal basis to do so. The current Assistant U.S. Attorney in my view filed a cross-motion for summary judgment for reasons that I believe have nothing to do with justice in *Reshard v. Burnley (Slater)*. **What Senior Judge Penn has been allowed to do for 20 years in this case, I believe any reasonable person under an objective standard of review, would find this outcome as morally and legally reprehensible.** *Emphasis Added.*

5.      Plaintiff is not admitted before this Court but plaintiff is a member of the Pennsylvania Bar in good standing. Therefore plaintiff is not your typical *pro se* litigant requiring that the same judge handle a related case.

6.      Plaintiff first filed a motion for recusal in *Reshard v. Burnley (Slater)* on September 27, 1989, not docketed until **October 12, 1989**, Docket No. 52. That motion was denied by then-District Court Judge Penn on **January 31, 1994**, Docket No. 67,

7.      A motion for recusal filed on May 14, 2003 is still pending, Docket No. 171.

8.      The facts in this case grew out of the same facts in *Reshard v. Burnley (Slater)* on a continuing basis of racial discrimination and retaliation. It does not matter if the counts in that case are later proven to be nondiscriminatory as long as the defendant acted in reliance of their validity.

3

**WHEREFORE**, plaintiff urges the Office of the Clerk to reassign this case immediately and that Senior Judge John Garrett Penn recuse himself and not be allowed to act further in this case in the first instance and in the *Reshard v. Burnley (Slater)* in the second instance.

Dated: January 11, 2007

*Connie C. Reshard*

Connie C. Reshard
Plaintiff, *Pro Se*
*1435 4th Street, SW*
*Washington, DC 20024*
*202-554-7472*
*202-554-7471 (Fax)*

4

# PLAINTIFF'S EXHIBIT 1

.District of Columbia live database - Docket Report
Case 1:06-cv-01136-RBW   Document 8-2   Filed 01/11/2007   Page 6 of 23   Page 1 of 17
TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:87-cv-02794-JGP

RESHARD v. SLATER, et al
Assigned to: Judge John Garrett Penn
Demand: $0
Related Case: 1:06-cv-01136-JGP
Cause: 42:2003 Job Discrimination

Date Filed: 10/15/1987
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**CONNIE RESHARD**                represented by   **CONNIE RESHARD**
1435 Fourth Street, SW
Washington, DC 20024-2200
(202) 554-7472
Fax: 202-554-7471
PRO SE

V.

**Defendant**

**JIM BURNLEY**                   represented by   **Meredith Manning**
*Acting Secretary, U.S. Department of*              HOGAN & HARTSON, L.L.P.
*Transportation*                                    Columbia Square
*TERMINATED: 09/22/2000*                            555 13th Street, NW
                                                    Washington, DC 20004-1109
                                                    (202) 637-6585
                                                    Email: meredith.manning@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Patricia Daniells Carter**
                                                    U.S. ATTORNEY'S OFFICE
                                                    Judiciary Center Building
                                                    555 Fourth Street, NW
                                                    Room 4826
                                                    Washington, DC 20530
                                                    (202) 514-7228
                                                    *TERMINATED: 11/25/1994*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Suzanne Claire Nyland**
                                                    U.S. ATTORNEY'S OFFICE
                                                    Judiciary Center Building
                                                    555 Fourth Street, NW
                                                    Room 10-114
                                                    Washington, DC 20530
                                                    (202) 307-1249

*TERMINATED: 02/03/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William James Dempster**
10400 Fernwood
Bethesda, MD 20817
(301) 308-8414
*TERMINATED: 04/21/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RODNEY SLATER**                    represented by  **Diane M. Sullivan**
UNITED STATES ATTORNEY'S
OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 514-7205
Fax: (202) 514-8780
Email: diane.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Frye**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
10th Floor
Washington, DC 20530
(202) 353-9895
*TERMINATED: 03/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/15/1987 | 1 | COMPLAINT filed summons issued (ew) (Entered: 10/16/1987) |
| 10/19/1987 | 2 | MOTION by plaintiff for temporary restraining order , and for preliminary injunction ; Affidavit. (ew) (Entered: 10/20/1987) |
| 10/22/1987 | 3 | ORDER by Judge John G. Penn denying motion for temporary restraining order [2-1] by CONNIE RESHARD (N) (jda) (Entered: 10/23/1987) |
| 10/23/1987 | 4 | SUPPLEMENTAL PLEADINGS to motion for temporary restraining order [2-1] by CONNIE RESHARD, motion for preliminary injunction [2-2] by CONNIE RESHARD; Attachment (jda) (Entered: 10/26/1987) |
| 10/26/1987 | 5 | SECOND SUPPLEMENTAL MEMORANDUM to motion for preliminary injunction [2-2] by CONNIE RESHARD (jda) (Entered: 10/26/1987) |

| 10/26/1987 | 6 | ATTORNEY APPEARANCE for defendant JIM BURNLEY by William J. Dempster (jda) (Entered: 10/27/1987) |
| 10/26/1987 | 7 | RESPONSE by defendant JIM BURNLEY in opposition to motion for preliminary injunction [2-2] by CONNIE RESHARD (jda) (Entered: 10/27/1987) |
| 10/27/1987 | 8 | NOTICE OF FILING by plaintiff CONNIE RESHARD of corrected copy of second supplemental pleading for motion for preliminary injunction (jda) (Entered: 10/27/1987) |
| 11/04/1987 | 9 | RESPONSE by defendant JIM BURNLEY to plaintiff's supplemental pleading and second supplemental pleading (jda) (Entered: 11/05/1987) |
| 11/12/1987 |  | SUMMONS issued (mls) (Entered: 11/17/1987) |
| 11/25/1987 | 10 | MOTION by plaintiff CONNIE RESHARD for leave to file motion for preliminary injunction ; EXHIBIT (Motion for preliminary injunction) (mf) (Entered: 11/30/1987) |
| 11/30/1987 | 11 | ORDER by Judge John G. Penn directing defendant to file a supplemental memorandum by 12/4/87. (N) (yep) (Entered: 12/03/1987) |
| 11/30/1987 |  | STATUS HEARING before Judge John G. Penn : plaintiff's motion for preliminary injunction [2-2] heard and taken under advisement, status hearing set for 9:30 1/11/88 reporter Harry Deutsch (yep) (Entered: 12/04/1987) |
| 12/04/1987 | 12 | SUPPLEMENTAL MEMORANDUM to opposition to plaintiff's motion for preliminary injunction [7-1] by JIM BURNLEY (jda) (Entered: 12/09/1987) |
| 12/07/1987 | 13 | MOTION by plaintiff for leave to file supplemental memorandum to motion for preliminary injunction: New Act. (ew) (Entered: 12/09/1987) |
| 12/18/1987 | 14 | RETURN OF SERVICE executed upon the U.S. Attorney on 10/20/87 by process server and the U.S. Attorney General on 10/22/87 by certified mail (jda) (Entered: 12/21/1987) |
| 12/21/1987 | 15 | MOTION by defendant JIM BURNLEY to extend time to answer to 12/22/87 (jda) (Entered: 12/23/1987) |
| 12/22/1987 | 16 | MOTION by defendant JIM BURNLEY to extend time to answer to 12/29/87 (jda) (Entered: 12/23/1987) |
| 12/28/1987 | 17 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to answer to 12/29/87 [16-1] by JIM BURNLEY; Affidavit (jda) (Entered: 12/28/1987) |
| 12/28/1987 | 18 | MOTION by plaintiff CONNIE RESHARD for default judgment against JIM BURNLEY (jda) (Entered: 12/28/1987) |
| 12/28/1987 | 19 | ORDER by Judge John G. Penn granting motion to extend time to answer to 12/29/87 [16-1] (N) (jda) (Entered: 12/30/1987) |
| 01/04/1988 | 20 | MOTION by defendant JIM BURNLEY to dismiss , or, in the alternative, for partial summary judgment ; Exhibits (18) "Let this be filed" (fiat) PENN, J. (jda) (Entered: 01/05/1988) |

District of Columbia live database - Docket Report
Case 1:06-cv-01138-RBW   Document 8-2   Filed 01/11/2007   Page 9 of 23
Page 4 of 17

| 01/06/1988 | 21 | MEMORANDUM by defendant JIM BURNLEY in opposition to motion for default judgment against JIM BURNLEY [18-1] by CONNIE RESHARD (ks) (Entered: 01/07/1988) |
|---|---|---|
| 01/11/1988 | 22 | MOTION by plaintiff CONNIE RESHARD for stay of action of removal from Fereral Service ; Affidavit, Exhibit, Attachments (4) (jda) (Entered: 01/12/1988) |
| 01/11/1988 | | STATUS HEARING before Judge John G. Penn : Motion of plaintiff for default judgment heard and denied; plaintiff to respond to motion for summary judgment by 1/20/88 , and status hearing set for 10:30 2/1/88 , Motion of plaintiff for preliminary injunction heard and taken under advisement; defendant to file further memorandum by 1/15/88 , and plaintiff to file reply by 1/22/88 reporter H. Deutsch (jda) (Entered: 01/12/1988) |
| 01/13/1988 | 23 | MOTION by plaintiff CONNIE RESHARD to advance action for declaratory judgment certain acts of racial discrimination and reprisals under Rule 57 and to consolidate (jda) (Entered: 01/14/1988) |
| 01/13/1988 | 24 | MOTION by plaintiff CONNIE RESHARD to supplement plaintiff's motion for stay ; EXHIBIT (Supplement) (jda) (Entered: 01/14/1988) |
| 01/13/1988 | 25 | MOTION by plaintiff CONNIE RESHARD to supplement pleadings ; EXHIBIT (Supplemental Pleading for Declaratory And Injunctive Relief) (jda) (Entered: 01/14/1988) |
| 01/13/1988 | 26 | MEMORANDUM by Judge John G. Penn (N) (je) (Entered: 01/14/1988) |
| 01/15/1988 | 27 | MOTION by plaintiff CONNIE RESHARD to supplement motion for stay (jda) (Entered: 01/19/1988) |
| 01/15/1988 | 28 | NOTICE OF FILING by plaintiff CONNIE RESHARD in response to Court's Memorandum of 1/13/88 (jda) (Entered: 01/19/1988) |
| 01/15/1988 | 29 | NOTICE OF FILING by plaintiff CONNIE RESHARD with respect to declaratory judgment (jda) (Entered: 01/19/1988) |
| 01/15/1988 | 30 | MEMORANDUM by defendant JIM BURNLEY regarding adverse personnel actions; Exhibits (7), Attachments (4) (jda) (Entered: 01/19/1988) |
| 01/19/1988 | 31 | MOTION by plaintiff CONNIE RESHARD for temporary restraining order and plaintiff's memorandum in support of declaratory judgment, temporary restraining order and preliminary injunction; Exhibits (4), Affidavit (jda) (Entered: 01/20/1988) |
| 01/19/1988 | 32 | MEMORANDUM by plaintiff CONNIE RESHARD in support of granting emergency hearing on motion for stay and motion for temporary restraining order/declaratory order; Affidavit (jda) (Entered: 01/20/1988) |
| 01/19/1988 | 33 | NOTICE OF FILING by plaintiff CONNIE RESHARD of corrected copy of supplemental pleading for declaratory and injunctive relief (jda) (Entered: 01/20/1988) |
| 01/19/1988 | 34 | MOTION by plaintiff CONNIE RESHARD to extend time to 2/17/88 to respond to defendant's motion for dismissal and partial summary judgment (jda) (Entered: 01/20/1988) |

| 01/22/1988 | | ~~STA~~TUS HEARING before Judge John G~~Penn~~ : CONNIE RESHARD's motion for temporary restraining order [31-1] heard and taken under advisement; and setting plaintiff's response to motion to dismiss deadline 2/17/88 reporter H. Deutsch (jda) (Entered: 01/25/1988) |
|---|---|---|
| 01/22/1988 | 35 | RESPONSE by defendant JIM BURNLEY in opposition to motion for temporary restraining order [31-1], motion to supplement motion for stay [27-1], motion to supplement pleadings [25-1], motion to supplement plaintiff's motion for stay [24-1], motion to advance action for declaratory judgment certain acts of racial discrimination and reprisals under Rule 57 and to consolidate [23-1], and motion for stay of action of removal from Federal Service [22-1] by CONNIE RESHARD; Declarations (4) (jda) (Entered: 01/25/1988) |
| 01/29/1988 | 36 | MEMORANDUM ORDER by Judge John G. Penn denying motion for temporary restraining order [31-1], motion for stay [22-1], and motion for preliminary injunction [2-2] by CONNIE RESHARD (N) (jda) (Entered: 02/01/1988) |
| 02/03/1988 | 37 | NOTICE OF FILING by plaintiff CONNIE RESHARD of Affidavit and other purposes; Exhibits (2) (jda) (Entered: 02/05/1988) |
| 02/03/1988 | 38 | NOTICE OF APPEAL by plaintiff CONNIE RESHARD from Order entered 2/1/88. [36-1] $5.00 filing fee, $100.00 docketing fee paid. Copies sent to U.S. Attorney's Office. (jda) (Entered: 02/05/1988) |
| 02/04/1988 | | TRANSMITTED PRELIMINARY RECORD on appeal [38-1] by CONNIE RESHARD to U.S. Court of Appeals (jda) (Entered: 02/05/1988) |
| 02/05/1988 | 39 | NOTICE OF FILING by plaintiff CONNIE RESHARD for Clerk to expedite submission of Notice Of Appeal to Court of Appeals (jda) (Entered: 02/08/1988) |
| 03/01/1988 | | USCA# 88-5035 assigned for appeal [38-1] by CONNIE RESHARD (ela) (Entered: 03/01/1988) |
| 04/01/1988 | 40 | NOTICE OF FILING by plaintiff CONNIE RESHARD in re: ordering of transcripts, appendices A&B. USCA/N (ela) (Entered: 04/04/1988) |
| 04/06/1988 | 41 | TRANSCRIPT filed for dates of 1-11-88 reporter H. Deutsch pages 1-18 (ela) (Entered: 04/06/1988) |
| 04/06/1988 | 42 | TRANSCRIPT filed for dates of 1/22/88 reporter H. Deutsch pages 1-34 (ela) (Entered: 04/06/1988) |
| 04/06/1988 | 43 | TRANSCRIPT filed for dates of 1/28/88 reporter H Deutsch pages 1-17 (ela) (Entered: 04/06/1988) |
| 04/06/1988 | 44 | TRANSCRIPT filed for dates of 11/30/87 reporter H Deutsch pages 1-33 (ela) (Entered: 04/06/1988) |
| 04/15/1988 | 45 | NOTICE OF FILING by plaintiff CONNIE RESHARD re: settlement conference (ela) (Entered: 04/26/1988) |
| 04/21/1988 | | SETTLEMENT CONFERENCE before Judge William B. Bryant: case stayed until plaintiff obtains counsel; after counsel enters appearance, settlement conference will be rescheduled before Judge William B. |

| | | B..nt reporter S. Popejoy (ela) (Entered: ..26/1988) |
|---|---|---|
| 04/26/1988 | 46 | LETTERS from plaintiff to Judge Bryant (2) dated 4/21/88 and (1) dated 4/23/88 in re: settlement, received by registered mail. (Filed & Placed under seal in Room 1800) (ela) (Entered: 04/29/1988) |
| 06/13/1988 | 47 | CERTIFIED COPY of order from USCA dated 4/6/88 summarily affirming the District Court's 1/29/88 Order; Memorandum attached USCA# 88-5035 (jda) Modified on 06/28/1988 (Entered: 06/17/1988) |
| 09/26/1988 | 48 | NOTICE by plaintiff CONNIE RESHARD regarding settlement discussions (jda) (Entered: 09/27/1988) |
| 10/14/1988 | 49 | ORDER by Judge John G. Penn : setting status hearing at 10:00 on 10/24/88 (N) (pmh) (Entered: 10/14/1988) |
| 10/19/1988 | 50 | MOTION by defendant JIM BURNLEY for modification of scheduling order (jda) (Entered: 10/20/1988) |
| 10/21/1988 | 51 | MOTION by plaintiff CONNIE RESHARD to continue status hearing (jda) (Entered: 10/24/1988) |
| 10/12/1989 | 52 | MOTION by plaintiff CONNIE RESHARD to disqualify Judge John G. Penn ; attachments; (let this be filed) PENN, J. (clv) (Entered: 10/12/1989) |
| 10/12/1989 | 53 | MOTION by defendant JIM BURNLEY to extend time to 10/13/89 to respond to motion to disqualify (clv) (Entered: 10/12/1989) |
| 10/13/1989 | 54 | MOTION by defendant JIM BURNLEY to extend time to 10/17/89 to respond to motion to disqualify (clv) (Entered: 10/16/1989) |
| 10/17/1989 | 55 | MOTION by defendant JIM BURNLEY to extend time to 10/19/89 to respond to motion to disqualify (clv) (Entered: 10/18/1989) |
| 10/18/1989 | 56 | ORDER by Judge John G. Penn : granting motion to extend time to 10/17/89 to respond to motion to disqualify [54-1] by JIM BURNLEY (N) (pmh) (Entered: 10/18/1989) |
| 10/19/1989 | 57 | ORDER by Judge John G. Penn : granting motion to extend time to 10/19/89 to respond to motion to disqualify [55-1] by JIM BURNLEY (N) (pmh) (Entered: 10/19/1989) |
| 10/19/1989 | 58 | MOTION by defendant JIM BURNLEY to extend time to 10/20/89 to respond to motion to disqualify (clv) (Entered: 10/20/1989) |
| 10/20/1989 | 59 | ORDER by Judge John G. Penn : granting motion to extend time to 10/20/89 to respond to motion to disqualify [58-1] by JIM BURNLEY (N) (pmh) (Entered: 10/20/1989) |
| 10/20/1989 | 60 | RESPONSE by defendant JIM BURNLEY motion to disqualify Judge John G. Penn [52-1] by CONNIE RESHARD; exhibits (2) (clv) Modified on 10/23/1989 (Entered: 10/21/1989) |
| 10/23/1989 | 61 | NOTICE OF FILING by plaintiff CONNIE RESHARD of changes to the motion to disqualify (clv) (Entered: 10/24/1989) |
| 10/27/1989 | 62 | NOTICE OF FILING by plaintiff CONNIE RESHARD of a correction to the motion to disqualify (clv) (Entered: 10/27/1989) |

| 10/27/1989 | 63 | REPLY by plaintiff CONNIE RESHARD response to motion to disqualify Judge John G. Penn [52-1] by CONNIE RESHARD; attachments (8) (clv) (Entered: 10/27/1989) |
| --- | --- | --- |
| 04/16/1991 | 64 | NOTICE OF FILING by plaintiff CONNIE RESHARD of address change RE: 1331A Pennsylvania Ave, NW, Washington, DC 20004 (202) 347-3100 (cjp) (Entered: 04/16/1991) |
| 04/21/1992 | 65 | SUBSTITUTION OF COUNSEL for defendant JIM BURNLEY substituting Patricia Daniells Carter for attorney William James Dempster for JIM BURNLEY (cjp) (Entered: 04/22/1992) |
| 01/27/1994 | 66 | NOTICE OF CHANGE OF ADDRESS by CONNIE RESHARD representing plaintiff(s) CONNIE RESHARD . New address: 224 Upshur Street, N.W., #1, Washington, D.C. 200011 (202) 882-3515. (kmk) (Entered: 01/31/1994) |
| 01/31/1994 | 67 | MEMORANDUM AND ORDER by Chief Judge John G. Penn : denying motion to disqualify Judge John G. Penn [52-1] by CONNIE RESHARD directing plaintiff shall respond to defendant's motion for partial summary judgment by 2/28/94 (bm) (Entered: 02/02/1994) |
| 02/07/1994 | 68 | NOTICE OF APPEAL by plaintiff(s) CONNIE RESHARD from order directing plaintiff shall respond to defendant's motion for partial summary judgment by 2/28/94 [67-1], order [67-2] , entered on: 02/02/94; $5.00 filing fee; $100.00 docketing fee paid; copies mailed to: Connie Reshard and Patricia Carter. (kmk) (Entered: 02/08/1994) |
| 02/08/1994 |  | TRANSMITTED PRELIMINARY RECORD on appeal [68-1] by CONNIE RESHARD to U.S. Court of Appeals (kmk) (Entered: 02/08/1994) |
| 02/18/1994 |  | USCA # 94-5032 assigned for appeal [68-1] by CONNIE RESHARD (kmk) (Entered: 02/18/1994) |
| 03/21/1994 | 69 | MOTION filed by plaintiff(s) for leave of court to take depositions pending appeal (clv) (Entered: 03/22/1994) |
| 03/22/1994 | 70 | NOTICE OF FILING by plaintiff(s) CONNIE RESHARD amended certificate of service (kmk) (Entered: 03/23/1994) |
| 03/25/1994 | 71 | MEMORANDUM by Chief Judge Penn (N) (clv) (Entered: 03/25/1994) |
| 03/25/1994 | 72 | ORDER by Chief Judge John G. Penn : denying motion for leave of court to take depositions pending appeal [69-1] by CONNIE RESHARD (N) (clv) (Entered: 03/25/1994) |
| 03/29/1994 | 73 | MOTION (expedite) filed by plaintiff(s) CONNIE RESHARD for reconsideration of motion for leave of Court to take depositions pending appeal ; attachment (1) (kmk) (Entered: 03/30/1994) |
| 04/01/1994 | 74 | RESPONSE by defendant JIM BURNLEY in opposition to motion for reconsideration of motion for leave of Court to take depositions pending appeal [73-1] by CONNIE RESHARD . (pob) (Entered: 04/05/1994) |
| 04/05/1994 | 75 | MEMORANDUM by Chief Judge John Garrett Penn. (N) (pob) (Entered: 04/05/1994) |

| 04/05/1994 | 76 | ORDER by Chief Judge John G. Penn: denying motion for reconsideration of motion for leave of Court to take depositions pending appeal [73-1] by CONNIE RESHARD (N) (pob) (Entered: 04/05/1994) |
| --- | --- | --- |
| 04/19/1994 | 77 | MEMORANDUM by plaintiff(s) CONNIE RESHARD for transferring record to the U.S. Court of Appeals. (kmk) (Entered: 04/20/1994) |
| 05/17/1994 | 78 | NOTICE OF APPEAL by plaintiff(s) CONNIE RESHARD from order [76-1], entered on: 04/05/94; $5.00 filing fee paid; $100.00 docketing fee paid; copies mailed to: Connie Reshard and Patricia Carter. (kmk) (Entered: 05/18/1994) |
| 05/18/1994 |  | TRANSMITTED PRELIMINARY RECORD on appeal [78-1] by CONNIE RESHARD to U.S. Court of Appeals (kmk) (Entered: 05/18/1994) |
| 06/01/1994 |  | USCA # 94-5129 assigned for appeal [78-1] by CONNIE RESHARD (kmk) (Entered: 06/01/1994) |
| 10/03/1994 | 79 | ORDER by Chief Judge John G. Penn : the Court sua sponte grant leave to the plaintiff to respond to the motion to dismiss, or in the alternative for partial summary judgment on or before 10/11/94; should plaintiff fail to respond, the court will deem that defendant's motion is conceded; (N) (clv) (Entered: 10/03/1994) |
| 10/11/1994 | 80 | MOTION filed by plaintiff(s) CONNIE RESHARD for extension of time until 10/18/94 to file response to the motion to dismiss ; EXHIBIT (response to motion to dismiss) (clv) Modified on 11/17/1998 (Entered: 10/12/1994) |
| 10/13/1994 | 81 | ORDER by Chief Judge John G. Penn : granting motion for extension of time until 10/18/94 to file response to the motion to dismiss [80-1] by CONNIE RESHARD (N) (clv) Modified on 11/17/1998 (Entered: 10/13/1994) |
| 10/13/1994 | 82 | RESPONSE by plaintiff(s) CONNIE RESHARD to motion to dismiss, and in the alternative, motion for partial summary judgment; attachments (clv) (Entered: 10/13/1994) |
| 10/17/1994 | 86 | CERTIFIED COPY of Order filed in USCA dated 5/25/94, on appeal [68-1] , dismissing appeal . USCA # 94-5032 (mbd) (Entered: 11/17/1994) |
| 10/28/1994 | 83 | RESPONSE by plaintiff CONNIE RESHARD to motion to dismiss and in the alternative, motion for partial summary judgment; exhibits (5) (LET THIS BE FILED) PENN, C.J. (kmk) Modified on 10/31/1994 (Entered: 10/31/1994) |
| 11/04/1994 | 84 | ERRATA by plaintiff CONNIE RESHARD of a corrected Certificate of Service for Plaintiff's Response to the Motion to Dismiss filed on 10/18/94; attachment (1). (tth) (Entered: 11/07/1994) |
| 11/04/1994 | 85 | MOTION filed by plaintiff CONNIE RESHARD to settle the record (tth) (Entered: 11/07/1994) |
| 11/25/1994 | 87 | CERTIFIED COPY of order filed in USCA dated 9/14/94, on appeal [78-1] , granted motion to dismiss appeal for lack of jurisdiction . USCA # 94-5129 (cjp) (Entered: 11/25/1994) |

| 11/25/1994 | 88 | SUBSTITUTION OF COUNSEL for defendant JIM BURNLEY , substituting Suzanne Claire Nyland for attorney Patricia Daniells Carter for JIM BURNLEY (tth) (Entered: 11/28/1994) |
|---|---|---|
| 11/07/1995 | 89 | NOTICE OF CHANGE OF ADDRESS by CONNIE RESHARD representing plaintiff CONNIE RESHARD . New address: 1101 Third Street, SW Washington, DC 20024 (202) 828-3008. (kmk) (Entered: 11/08/1995) |
| 03/31/1998 | 90 | ORDER by Judge John G. Penn: denying motion to settle the record [85-1] by CONNIE RESHARD (N) (kmk) (Entered: 04/01/1998) |
| 07/15/1998 | 91 | MOTION filed by plaintiff CONNIE RESHARD to extend time to appeal and other relief (tb) (Entered: 07/16/1998) |
| 07/20/1998 | 92 | ORDER by Judge John G. Penn: vacating an order entered on 3/31/98 [#90] (N) (kmk) (Entered: 07/21/1998) |
| 08/10/1998 | 93 | MOTION filed by plaintiff CONNIE RESHARD for leave of court to conduct certain discovery. (tw) (Entered: 08/11/1998) |
| 08/12/1998 | 94 | MOTION filed by plaintiff CONNIE RESHARD for immediate reinstatement , and to vacate 1/29/98 order (st) (Entered: 08/13/1998) |
| 08/12/1998 | 95 | AMENDED motion for leave of court to conduct certain discovery. [93-1] by CONNIE RESHARD (st) (Entered: 08/13/1998) |
| 08/26/1998 | 96 | MOTION filed by defendant JIM BURNLEY to extend time to 9/2/98 within which to respond to plaintiff's amended motion for leave of court to conduct certain discovery and motion for immediate reinstatement and vacation of January 29, 1998. (tw) (Entered: 08/27/1998) |
| 08/27/1998 | 97 | ORDER by Judge John G. Penn : granting motion to extend time to 9/2/98 within which to respond to plaintiff's amended motion for leave of court to conduct certain discovery and motion for immediate reinstatement and vacation of January 29, 1998. [96-1] by JIM BURNLEY (N) (gdf) (Entered: 08/28/1998) |
| 09/02/1998 | 98 | MOTION (CONSENT) filed by defendant JIM BURNLEY to extend time to 9/9/98 to respond to plaintiff's amended motion for leave of Court to conduct certain discovery, and motion for immediate reinstatement and vacation of january 29, 1988 Order (st) (Entered: 09/03/1998) |
| 09/09/1998 | 99 | MOTION filed by defendant JIM BURNLEY to extend time to 9/14/98 to respond to plaintiff's amended motion for leave of Court to conduct certain discovery (JMF) (Entered: 09/10/1998) |
| 09/16/1998 | 100 | RESPONSE by defendant JIM BURNLEY in opposition to amend/amended motion [95-1] . (tb) (Entered: 09/17/1998) |
| 09/16/1998 | 101 | RESPONSE by defendant JIM BURNLEY in opposition to motion for immediate reinstatement [94-1] by CONNIE RESHARD, motion to vacate 1/29/98 order [94-2] by CONNIE RESHARD . (tb) (Entered: 09/17/1998) |
| 09/17/1998 | 102 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 9/14/98 to respond to plaintiff's amended motion for leave of Court to conduct certain discovery [99-1] by JIM BURNLEY . (tb) |

| | | (entered: 09/23/1998) |
|---|---|---|
| 10/23/1998 | 103 | MEMORANDUM AND ORDER by Judge John G. Penn: denying motion to extend time to appeal and other relief [91-1] by CONNIE RESHARD, denying motion to settle the record [85-1] by CONNIE RESHARD, denying motion for leave of court to conduct certain discovery [93-1] by CONNIE RESHARD, denying amended motion [95-1], denying motion for immediate reinstatement [94-1] by CONNIE RESHARD, denying motion to vacate 1/29/98 order [94-2] by CONNIE RESHARD ; and it is FURTHER ORDERED that absent the defendant withdrawing the pending motion for summary judgment, the parties shall advise the Court on or before 11/13/98 whether they will file supplemental memorandums. In the event they will supplement the memorandums in support or in opposition to the motion, they shall file their supplemental memorandum or or before 11/30/98 and shall file any reply memorandums on or before 12/14/98 ; (N) (N) (kmk) (Entered: 10/26/1998) |
| 11/02/1998 | 104 | MOTION filed by plaintiff CONNIE RESHARD for reconsideration of order 10/29/98 (st) Modified on 11/18/1998 (Entered: 11/03/1998) |
| 11/13/1998 | 105 | JOINT MOTION by defendant JIM BURNLEY, plaintiff CONNIE RESHARD to extend time to 12/4/98 to response to court's order of 10/23/98 regarding supplementing the defendant's motion to dismiss or in the alternative for partial summary judgment (tb) (Entered: 11/17/1998) |
| 11/16/1998 | 106 | ORDER by Judge John G. Penn: granting joint motion,NUNC PRO TUNC to extend time to 12/4/98 to response to court's order of 10/23/98 regarding supplementing the defendant's motion to dismiss or in the alternative for partial summary judgment [105-1] by CONNIE RESHARD, JIM BURNLEY (N) (kmk) (Entered: 11/17/1998) |
| 12/04/1998 | 107 | JOINT MOTION by defendant JIM BURNLEY, plaintiff CONNIE RESHARD to extend time to 12/11/98 to supplement the record regarding defendant's motion to dismiss (tb) (Entered: 12/07/1998) |
| 12/07/1998 | 108 | ORDER by Judge John G. Penn: granting joint motion to extend time to 12/11/98 to supplement the record regarding defendant's motion to dismiss [107-1] by CONNIE RESHARD, JIM BURNLEY or in the alternative for partial summary judgment. (N) (kmk) (Entered: 12/08/1998) |
| 12/11/1998 | 109 | MOTION filed by plaintiff CONNIE RESHARD to extend time to supplement the record with respect to the defendant's motion to dismiss, or in the alternative for partial summary judgment (tb) (Entered: 12/14/1998) |
| 12/11/1998 | 110 | MOTION filed by defendant JIM BURNLEY to extend time to 12/21/98 within which to supplement the record (tb) (Entered: 12/14/1998) |
| 12/14/1998 | 111 | ORDER by Judge John G. Penn: granting motion to extend time to 12/21/98 within which to supplement the record [110-1] by JIM BURNLEY, and granting motion to extend time to supplement the record with respect to the defendant's to dismiss, or in the alternative for partial summary judgment [109-1] by CONNIE RESHARD; The parties shall have until on or before 1/8/99, within which to supplement the record relating to defendant's motion to dismiss or,in the alternative, for partial |

District of Columbia live database - Docket Report
Case 1:06-cv-01136-RBW Document 8-2 Filed 01/11/2007 Page 16 of 23
Page 11 of 17

| | | summary judgement. (N) (kmk) (Entered: 5/1998) |
|---|---|---|
| 01/08/1999 | 112 | JOINT MOTION by defendant JIM BURNLEY, plaintiff CONNIE RESHARD to extend time to 1/13/99 in which to supplement the record (tb) (Entered: 01/11/1999) |
| 01/11/1999 | 113 | ORDER by Judge John G. Penn : granting joint motion to extend time to 1/13/99 in which to supplement the record regarding Defendant's Motion to Dismiss or, in the Alternative, for Partial Summary Judgment [112-1] by CONNIE RESHARD, JIM BURNLEY (N) (gdf) (Entered: 01/11/1999) |
| 01/13/1999 | 114 | MOTION filed by defendant JIM BURNLEY to extend time to 1/27/98 to supplement the record by filing his motion to dismiss, or, in the alternative, for summary judgment (tth) (Entered: 01/14/1999) |
| 01/13/1999 | 115 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 1/27/98 to supplement the record by filing his motion to dismiss, or, in the alternative, for summary judgment [114-1] by JIM BURNLEY. (tth) (Entered: 01/14/1999) |
| 01/13/1999 | 117 | SUPPLEMENTAL MEMORANDUM by plaintiff CONNIE RESHARD to motion to dismiss [20-1] by JIM BURNLEY; declaration (1); exhibits (4) (tb) (Entered: 01/20/1999) |
| 01/19/1999 | 116 | ERRATA by plaintiff CONNIE RESHARD that the Certificate of Service for Plaintiff's Opposition to the Defendant's Motion for an Extension of Time should read, "by U.S. Mail, firtst-class, postage-prepaid." and not as " by U.S. Mail, first class, postage-prepaid and personally on 1/14/99; Atttachment (1). (tth) (Entered: 01/20/1999) |
| 01/29/1999 | 118 | MOTION filed by defendant JIM BURNLEY to extend time to 2/10/99 to file motion for summary judgment (tb) (Entered: 02/01/1999) |
| 02/02/1999 | 119 | ORDER by Judge John G. Penn: granting motion to extend time to 2/10/99 to file motion to dismiss or, in the alternative, for summary judgment [118-1] by JIM BURNLEY; motion to dismiss or in the alternavtive for summary judgment due by 2/10/99 ; (N) (kmk) (Entered: 02/02/1999) |
| 02/02/1999 | 128 | MOTION filed by defendant JIM BURNLEY to extend time to 2/24/99 within which to supplement the record with defendant's motion for summary judgment (tb) (Entered: 02/23/1999) |
| 02/04/1999 | 120 | RESPONSE (OPPOSITIONS) by plaintiff CONNIE RESHARD to motion to extend time to 2/10/99 to file motion for summary judgment [118-1] by JIM BURNLEY (tb) (Entered: 02/05/1999) |
| 02/12/1999 | 121 | MOTION filed by plaintiff CONNIE RESHARD for summary judgment ; exhibits (8) (tb) (Entered: 02/16/1999) |
| 02/12/1999 | 122 | MOTION filed by defendant JIM BURNLEY to extend time to 2/16/99 within which to supplement the record with defendant's motion for summary judgment (tb) Modified on 02/19/1999 (Entered: 02/16/1999) |
| 02/16/1999 | 123 | MOTION filed by defendant JIM BURNLEY to extend time to 2/18/99 to supplement the record with defendant's motion for summary judgment (tth) (Entered: 02/17/1999) |

| 02/17/1999 | 124 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 2/18/99 to supplement the record with defendant's motion for summary judgment [123-1] by JIM BURNLEY . (tb) (Entered: 02/18/1999) |
|---|---|---|
| 02/17/1999 | 125 | ERRATA RE: changes to plaintiff's motion for summary judgment and default judgment by plaintiff CONNIE RESHARD (tb) (Entered: 02/19/1999) |
| 02/17/1999 | 126 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 2/16/99 within which to supplement the record with defendant's motion for summary judgment [122-1] by JIM BURNLEY . (tb) (Entered: 02/19/1999) |
| 02/18/1999 | 127 | MOTION filed by defendant JIM BURNLEY to extend time to 2/22/99 within which to supplement the record with defendant's motion for summary judgment. (tw) (Entered: 02/22/1999) |
| 02/20/1999 | | Text not available. (Entered: 02/23/1999) |
| 02/20/1999 | 130 | ORDER by Judge John G. Penn: finding motion to extend time to 9/14/98 to respond to plaintiff's amended motion for leave of Court to conduct certain discovery by JIM BURNLEY [99-1] denied as moot, finding motion to extend time to 9/9/98 to respond to plaintiff's amended motion for leave of Court to conduct certain discovery, and motion for immediate reinstatement and vacation of january 29, 1988 Order by JIM BURNLEY [98-1] denied as moot, finding motion to extend time to 1/27/98 to supplement the record by filing his motion to dismiss, or, in the alternative, for summary judgment by BURNLEY [114-1] denied as moot, denying motion for reconsideration of order 10/29/98 [104-1] by CONNIE RESHARD, granting motion, nunc pro tunc extend time to 2/16/99 within which to supplement the with defendant's motion for summary judgment [122-1] by JIM BURNLEY; motion for partial summary judgment ( supplemental) due by 2/26/99 ; response to motion for partial summary judgment due 3/11/99 ; both parties may file their respective replies to motion for summary judgment due by 3/22/99 ;, granting motion, nunc pro tunc, to extend time to 2/18/99 to supplement the record with defendant's motion for summary judgment [123-1] by JIM BURNLEY and it is FURTHER ORDERED that the parties shall file any additional briefs pursuant to the schedule set forth above. (N) (kmk) (Entered: 02/25/1999) |
| 02/24/1999 | 129 | MOTION filed by defendant JIM BURNLEY to extend time to 3/12/99 in which to supplement the record with defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment (tb) (Entered: 02/25/1999) |
| 03/12/1999 | 131 | MOTION filed by defendant JIM BURNLEY to extend time to 3/15/99 to supplement the record with defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment (st) (Entered: 03/15/1999) |
| 03/15/1999 | 132 | MOTION filed by defendant JIM BURNLEY for clarification of plaintiff's claims or, in the alternative, for status conference (tth) (Entered: 03/16/1999) |
| 03/15/1999 | 133 | ORDER by Judge John G. Penn: granting motion, nunc pro tunce, to |

| | | |
|---|---|---|
| | | ...nd time to 3/15/99 to supplement the record with defendant's motion for summary judgment and opposition to plaintiff's motion for summary judgment [131-1] by JIM BURNLEY; motion for summary judgment due by 3/15/99 ; response to motion summary judgment due 3/15/99 ; (N) (kmk) (Entered: 03/17/1999) |
| 03/19/1999 | 134 | Text not available. (Entered: 03/22/1999) |
| 03/19/1999 | 135 | MOTION filed by plaintiff CONNIE RESHARD for a ruling on plaintiff's Motion for Summary Judgment (tth) (Entered: 03/23/1999) |
| 03/22/1999 | 136 | ERRATA by plaintiff CONNIE RESHARD submitting a corrected Plaintiff's Motion for a Ruling; Attachment (1) (tth) (Entered: 03/23/1999) |
| 03/29/1999 | 137 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion for clarification of plaintiff's claims or, in the alternative, for status conference [132-1] by JIM BURNLEY . (bjsp) (Entered: 03/30/1999) |
| 03/29/1999 | 138 | REPLY by defendant JIM BURNLEY to plaintiff's opposition to motion for clarification of plaintiff's claims or, in the alternative, for status conference [132-1] by JIM BURNLEY (bjsp) (Entered: 03/30/1999) |
| 03/29/1999 | 139 | RESPONSE by defendant JIM BURNLEY in opposition to motion for a ruling on plaintiff's Motion for Summary Judgment [135-1] by CONNIE RESHARD . (bjsp) (Entered: 03/30/1999) |
| 09/30/1999 | 140 | ORDER by Judge John G. Penn: granting, Nunc Pro Tunc, motion to extend time to 2/24/99 within which to supplement the record with defendant's motion for summary judgment [128-1] by JIM BURNLEY (N) (kmk) (Entered: 09/30/1999) |
| 02/03/2000 | 141 | SUBSTITUTION OF COUNSEL for defendant substituting Meredith Manning for attorney Suzanne Claire Nyland for JIM BURNLEY (cjp) Modified on 09/05/2000 (Entered: 02/04/2000) |
| 08/24/2000 | 142 | MEMORANDUM AND ORDER by Judge John G. Penn: denying as moot motion for a ruling on plaintiff's Motion for Summary Judgment [135-1] by CONNIE RESHARD, denying as moot motion for clarification of plaintiff's claims or, in the alternative, for status conference [132-1] by JIM BURNLEY Response to motion for summary judgment due 9/25/00; Reply motion for summary judgment due 10/10/00; directing that the defendant shall file its answer to the complaint on or before 10/24/00. ; dismissed plaintiffs' first, second, third, fourth, fifth and seventh claims;denying without prejudice defendants motion for partial summary judgment as to plaintiffs' sixth claims; plaintiffs' motion for summary judgment is not ripe for consideration. (N) (see order for detail) (gdf) Modified on 03/30/2001 (Entered: 08/25/2000) |
| 09/05/2000 | 143 | MOTION filed by plaintiff CONNIE RESHARD for service of memorandum & order dated 8/24/00 (cjp) (Entered: 09/06/2000) |
| 09/05/2000 | 144 | ORDER by Judge John G. Penn: denying as moot motion for service of memorandum & order dated 8/24/00 by CONNIE RESHARD [143-1] moot ; response to the memorandum order on or before 9/19/00 , and that in view of this order, the plaintiff's motion is denied as moot (N) (kmk) |

District of Columbia live database - Docket Report
Case 1:06-cv-01136-RBW    Document 8-2    Filed 01/11/2007    Page 19 of 23
Page 14 of 17

|            |     |                                                                                                                                                                                                                                                                                                                                            |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Entered: 09/07/2000)                                                                                                                                                                     |
| 09/19/2000 | 145 | MOTION filed by plaintiff CONNIE RESHARD to vacate , and for reconsideration of order issued on August 24, 2000 [142-1], order [142-2] (tth) (Entered: 09/20/2000)                       |
| 09/22/2000 | 147 | MOTION filed by defendant JIM BURNLEY to extend time to 10/25/00 to respond to plaintiff's motion for summary judgment (jf) (Entered: 09/29/2000)                                        |
| 09/22/2000 | 148 | SUBSTITUTION OF COUNSEL for federal defendant RODNEY SLATER , substituting for Meredith Manning. (tth) (Entered: 09/29/2000)                                                             |
| 09/26/2000 | 146 | RESPONSE by plaintiff CONNIE RESHARD in opposition to defendant's motion to extend time to respond to plaintiff's motion for summary judgment until 10/25/00. (bjsp) (Entered: 09/28/2000) |
| 10/05/2000 | 149 | ERRATA by plaintiff CONNIE RESHARD to the Certificat of Service to plaintiff's opposition to defendant's Motion for Enlargement of Time; Attachment (1). (tth) (Entered: 10/06/2000)     |
| 10/19/2000 | 150 | RESPONSE by federal defendant RODNEY SLATER in opposition to motion for summary judgment [121-1] by CONNIE RESHARD . (ag) (Entered: 10/20/2000)                                          |
| 10/24/2000 | 152 | ANSWER TO COMPLAINT [1-1] by federal defendant RODNEY SLATER . (tth) (Entered: 11/01/2000)                                                                                               |
| 10/24/2000 | 153 | RESPONSE by federal defendant RODNEY SLATER to supplement pleadings [25-1] by CONNIE RESHARD (tth) (Entered: 11/01/2000)                                                                 |
| 10/27/2000 | 151 | REPLY by plaintiff CONNIE RESHARD in support of motion for summary judgment [121-1] (ag) (Entered: 10/30/2000)                                                                           |
| 10/31/2000 | 154 | MOTION filed by federal defendant RODNEY SLATER to extend time to 10/31/00 to file Defendant's Opposition to Plaintiff's Motion to Vacate and for Reconsideration of this Court's Memorandum Order of 8/24/00. (hsj) (Entered: 11/01/2000) |
| 10/31/2000 | 157 | RESPONSE by federal defendant RODNEY SLATER in opposition to motion to vacate [145-1] by CONNIE RESHARD, motion for reconsideration of order issued on August 24, 2000 [142-1], order [142-2] [145-2] by CONNIE RESHARD; "Let this be filed", PENN,J. (tth) Modified on 11/14/2000 (Entered: 11/14/2000) |
| 11/01/2000 | 155 | ORDER by Judge John G. Penn: granting motion, Nunc Pro Tunc to extend time to 10/31/00 to file Defendant's Opposition to Plaintiff's Motion to Vacate and for Reconsideration of this Court's Memorandum Order of 8/24/00 [154-1] by RODNEY SLATER ; defendants' response to motion(s) due by 10/31/00 ; (N) (kmk) Modified on 11/01/2000 (Entered: 11/01/2000) |
| 11/03/2000 | 156 | [ENTERED IN ERROR] RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 10/25/00 to respond to plaintiff's motion for summary judgment [147-1] by JIM BURNLEY. [ENTERED IN ERROR] (bjsp) Modified on 08/21/2002 (Entered: 11/06/2000) |

| 11/03/2000 | 162 | RESPONSE (OPPOSITIONS) by plaintiff CONNIE RESHARD to motion to extend time to 10/31/00 to file Defendant's Opposition to Plaintiff's Motion to Vacate and for Reconsideration of this Court's Memorandum Order of 8/24/00. [154-1] by RODNEY SLATER (kmk) (Entered: 08/21/2002) |
|---|---|---|
| 11/24/2000 | 158 | MOTION filed by plaintiff CONNIE RESHARD to strike in opposition to response [157-1] ; Attachments (2) (ag) (Entered: 11/27/2000) |
| 12/08/2000 | 159 | RESPONSE by federal defendant RODNEY SLATER in opposition to motion to strike in opposition to response [157-1] [158-1] by CONNIE RESHARD; Exhibit (1). (jdm) (Entered: 12/11/2000) |
| 12/15/2000 | 160 | REPLY by plaintiff CONNIE RESHARD in support of motion to strike in opposition to response [157-1] [158-1] by CONNIE RESHARD; Exhibits (2) (ag) (Entered: 12/18/2000) |
| 03/21/2002 | 161 | SUBSTITUTION OF COUNSEL for federal defendant RODNEY SLATER , substituting Diane Marie Sullivan for attorney Kathleen M. Frye for RODNEY SLATER (aet) (Entered: 03/26/2002) |
| 07/30/2002 | 177 | ORDER by Judge John G. Penn: granting motion to extend time to file Meet and Confer Statement to 8/10/03. [176-1] by RODNEY SLATER to both parties; Meet Confer Statement due date extended to 8/10/03 to both parties. (N) (kmk) (Entered: 07/01/2003) |
| 04/07/2003 | 163 | MEMORANDUM by Judge John G. Penn: (N) (N) (kmk) (Entered: 04/08/2003) |
| 04/07/2003 | 164 | ORDER by Judge John G. Penn: denying motion to vacate [145-1] by CONNIE RESHARD, denying motion for reconsideration of order issued on August 24, 2000 [142-1], order [142-2] [145-2] by CONNIE RESHARD. (N) (kmk) (Entered: 04/08/2003) |
| 04/07/2003 | 165 | MEMORANDUM by Judge John G. Penn (N) (kmk) (Entered: 04/08/2003) |
| 04/07/2003 | 166 | ORDER by Judge John G. Penn: granting motion to extend time to 10/25/00 to respond to plaintiff's motion for summary judgment [147-1] by JIM BURNLEY, denying motion for summary judgment [121-1] by CONNIE RESHARD (N) (kmk) (Entered: 04/08/2003) |
| 05/12/2003 | 167 | NOTICE OF CHANGE OF ADDRESS by CONNIE RESHARD representing plaintiff CONNIE RESHARD . New address: 1435 4th Street, SW Washington, DC 20024 202-554-7472, 202-554-7471 fax . (mpt) (Entered: 05/13/2003) |
| 05/12/2003 | 168 | MOTION filed by plaintiff CONNIE RESHARD for permission to file electronically (mpt) (Entered: 05/13/2003) |
| 05/12/2003 | 169 | MOTION filed by plaintiff CONNIE RESHARD for notice of orders and memoranda and other relief (mpt) (Entered: 05/13/2003) |
| 05/13/2003 | 170 | ORDER by Judge John G. Penn: for scheduling memorandum. (N) (kmk) (Entered: 05/14/2003) |
| 05/14/2003 | 171 | MOTION filed by plaintiff CONNIE RESHARD for summary judgment (mpt) (Entered: 05/16/2003) |

| 05/14/2003 | 172 | MOTION filed by plaintiff CONNIE RESHARD to disqualify Judge John G. Penn ; declaration (1) (mpt) (Entered: 05/16/2003) |
| --- | --- | --- |
| 05/15/2003 | 173 | MOTION filed by plaintiff CONNIE RESHARD for leave to file amended complaint ; (NO PENDING EXHIBIT) (mpt) (Entered: 05/16/2003) |
| 05/19/2003 | 174 | ORDER by Judge John G. Penn: denying without prejudice motion for leave to file amended complaint [173-1] by CONNIE RESHARD (N) (kmk) (Entered: 05/21/2003) |
| 06/18/2003 | 175 | MOTION filed by federal defendant RODNEY SLATER to extend time to 7/10/03 to respond to motion for summary judgment and for disqualification of the trial judge (mpt) (Entered: 06/19/2003) |
| 06/26/2003 | 176 | MOTION filed by federal defendant RODNEY SLATER to extend time to file Meet and Confer Statement to 8/10/03. (mpt) (Entered: 06/27/2003) |
| 07/08/2003 | 178 | RESPONSE by plaintiff CONNIE RESHARD in opposition to defendant's motion for an extension of time to meet and confer. (nmr) (Entered: 07/09/2003) |
| 07/10/2003 | 179 | RESPONSE by federal defendant in opposition to motion to disqualify Judge John G. Penn [172-1] by CONNIE RESHARD. (nmr) (Entered: 07/11/2003) |
| 08/11/2003 | 180 | MEET AND CONFER STATEMENT/REPORT PURSUANT TO L.R. 16 filed by plaintiff CONNIE RESHARD, federal defendant RODNEY SLATER . (mpt) (Entered: 08/12/2003) |
| 08/11/2003 | 181 | MOTION filed by federal defendant RODNEY SLATER to extend time to 9/5/03 to file dispositive motion (mpt) (Entered: 08/12/2003) |
| 08/18/2003 | 182 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 9/5/03 to file dispositive motion [181-1] by RODNEY SLATER . (mpt) (Entered: 08/19/2003) |
| 09/02/2003 | 183 | REPLY by federal defendant RODNEY SLATER to response in opposition to motion to extend time to 9/5/03 to file dispositive motion [181-1] by RODNEY SLATER (mpt) (Entered: 09/03/2003) |
| 09/04/2003 | 184 | MOTION filed by federal defendant RODNEY SLATER to extend time to 9/19/03 to file a cross motion for summary judgment (mpt) (Entered: 09/05/2003) |
| 09/17/2003 | 185 | MOTION filed by federal defendant RODNEY SLATER to extend time to 9/27/03 to respond to motion for summary judgment and to file a cross motion for summary judgment (mpt) (Entered: 09/22/2003) |
| 09/17/2003 | 186 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 9/19/03 to file a cross motion for summary judgment [184-1] by RODNEY SLATER . (mpt) (Entered: 09/22/2003) |
| 09/26/2003 | 187 | MOTION filed by federal defendant RODNEY SLATER to extend time to 10/10/03 to file cros motion for summary judgment (mpt) (Entered: 09/29/2003) |

| 09/29/2003 | 188 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 9/27/03 to respond to motion for summary judgment and to file a cross motion for summary judgment [185-1] by RODNEY SLATER . (mpt) (Entered: 09/30/2003) |
| 10/07/2003 | 189 | RESPONSE by plaintiff CONNIE RESHARD in opposition to motion to extend time to 10/10/03 to file cros motion for summary judgment [187-1] by RODNEY SLATER . (mpt) (Entered: 10/08/2003) |
| 10/10/2003 | 190 | MOTION filed by federal defendant RODNEY SLATER to extend time to 10/14/03 to file cross motion for summary judgement (mpt) (Entered: 10/14/2003) |
| 10/14/2003 | 191 | RESPONSE by federal defendant RODNEY SLATER to statement of facts which related to Sixth Claim in the Complaint. (mpt) (Entered: 10/15/2003) |
| 10/14/2003 | 192 | CROSS MOTIONS by federal defendant RODNEY SLATER for summary judgment ;exhibits (26) (mpt) (Entered: 10/15/2003) |
| 10/17/2003 | 193 | Memorandum in opposition to motion re [187] for an extenison of time to file motion for summary judgment filed by CONNIE RESHARD. (bcs, ) (Entered: 10/29/2003) |
| 10/28/2003 | 194 | MOTION to Strike Defendant's Cross-Motion for Summary Judgment and Statement of Facts in Support of the Cross-Motion by CONNIE RESHARD. (mpt, ) (Entered: 10/30/2003) |
| 10/28/2003 | 195 | MOTION for the Clerk of Court to Docket Plaintiff's Response in Opposition to Defendant's Motions for an Extension of Time to File Motion for Summary Judgment by CONNIE RESHARD. (mpt, ) (Entered: 10/30/2003) |
| 11/06/2003 | 196 | RESPONSE to *Plaintiff's Motion to Correct the Record* filed by RODNEY SLATER. (Sullivan, Diane) (Entered: 11/06/2003) |
| 11/06/2003 | 197 | Memorandum in opposition to motion re 194 *Opposition To Plaintiff's Motion To Strike And Reply To Plaintiff's Opposition To Defendant's Motion For Enlargement Of Time To File For Summary Judgment* filed by RODNEY SLATER. (Sullivan, Diane) (Entered: 11/06/2003) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 01/10/2007 07:42:09 | | |
| **PACER Login:** | le0101 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:87-cv-02794-JGP |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |

https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?259662342842611-L_923_0-1          1/10/2007

## CERTIFICATE OF SERVICE

I hereby certify that the Motion for Reassignment and Judicial Recusal in the above styled case was served by United States Postal Service, first-class, postage prepaid mail on January 11, 2007 to Wyneva Johnson, Assistant U.S. Attorney for the District of Columbia, Judicial Center Building, 555 4th Street, NW, Civil Division, Washington, DC 20530.  An electronic copy will be served on Senior Judge John Garrett Penn.

Connie C. Reshard
Plaintiff, *Pro Se*
*1435 4th Street, SW*
*Washington, DC  20024*
*202-554-7472*
*202-554-7471 (Fax)*