UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONNIE C. RESHARD,**

    **Plaintiff,**

Versus                                  Civil Case No. 06cv1136
                                          Senior Judge John Garrett Penn

**THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION,**

    **Defendant.**
_____/

## ORDER

Based on Plaintiff's Motion for Reassignment and Judicial Recusal in the above styled case and any opposition thereto, I hereby recuse myself.

    I hereby grant the Motion.

    IT IS ORDERED.

DATE: _____.

                                                       _____
                                                       SeniorUnited States District Court Judge