UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE RESHARD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NORMAN Y. MINETA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1136 (JGP) |

## ORDER

Upon consideration of Defendant's Motion For Enlargement of Time and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that Defendant may have up to and including January 30, 2007 to file its Opposition to Plaintiff's Motion for Recusal.

_____  _____
Date                                              United States District Judge

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530

Pro Se
CONNIE C. RESHARD
1435 4th Street, SW
Washington, DC 20024