UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNIE C. RESHARD,

      Plaintiff,

Versus                                      Civil Case No. 06cv1136
                                             Senior Judge JGP

THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION

      Defendant.

_____/

## MOTION FOR ENLARGEMENT OF TIME

1.      Plaintiff moves to enlarge the time in which to respond to defendant's motion for summary judgment.  On January 22, 2007, plaintiff Connie Reshard and Wyneva Johnson, Assistant U.S. Attorney (Hereinafter "the Parties") conferred by telephone regarding the filing of responses and agreed to stipulate certain dates subject to the concurrence of the Court.

## POINTS AND AUTHORITIES

2.      On January 12, 2007, defendant filed a Motion for Summary Judgment.  The time in which to respond expires on January 26, 2007 inclusive of three days for service by mail.  Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that any Party may request an enlargement of the time to file a pleading before the time expires. Plaintiff has other obligations and ongoing health issues. Granting such a motion is routine and justified as a matter of course.

**RECEIVED**

JAN 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.     The Parties agreed that the plaintiff will file a response or cross-motion for summary judgment by and including February 23, 2007. Defendant will file a reply by and including March 14, 2007.


         **WHEREFORE**, the Parties urge the Court to grant the motion.


Dated:  January 25, 2007

                                              Connie C. Reshard
                                              Plaintiff, *Pro Se*
                                              *1435 4th Street, SW*
                                              *Washington, DC  20024*
                                              *202-554-7472*
                                              *202-554-7471 (Fax)*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the Motion for Enlargement of Time in the above styled case was served by United States Postal Service, first-class, postage prepaid mail on January 25, 2007 to Wyneva Johnson, Assistant U.S. Attorney for the District of Columbia, Judicial Center Building, 555 4th Street, NW, Civil Division, Washington, DC 20530.

Connie C. Reshard

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CONNIE C. RESHARD,**

     **Plaintiff,**

**Versus**                             **Civil Case No. 06cv1136**

**THE HONORABLE NORMAN Y. MINETA,**
**SECRETARY OF TRANSPORTATION,**
**UNITED STATES DEPARTMENT OF**
**TRANSPORTATION,**

     **Defendant.**

_____/

## O R D E R

Based on the Motion for an Enlargement of Time stipulated by the Parties, the Plaintiff must file a Response or Cross-Motion for Summary Judgment to the Motion for Summary Judgment by and including February 23, 2007. The Defendant must file a Reply by and including March 14, 2007.

IT IS ORDERED.

DATE: _____.

_____
Senior United States District Court Judge