UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CONNIE RESHARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1136 (JGP) |
| NORMAN Y. MINETA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR FURTHER ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for further enlargement of time to file its Opposition to Plaintiff's Motion for Reassignment of Case and Judicial Recusal up to and including February 1, 2007. Counsel contacted Plaintiff and left a message with regard to the filing of this Motion. Counsel did not hear from Ms. Reshard prior to the filing of the Motion.

Counsel had anticipated filing Defendant's Opposition on this date. Due to litigation in other matters, however, counsel was unable to complete the coordination and discussions with the Agency Counsel prior to the filing of Defendant's response.

This request for an enlargement is made in good faith and is in no way designed to delay the proceedings.

Wherefore, it is respectfully requested that Defendant be permitted to file its Opposition to Plaintiff's Motion for Reassignment of Case and Judicial Recusal up to and including February 1, 2007.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of January, 2007, that a copy of the foregoing was filed and served by First-Class mail; postage prepaid to:

CONNIE C. RESHARD
1435 4th Street, SW
Washington, DC 20024

                                          __/s/_____
                                          WYNEVA JOHNSON
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W., E-4106
                                          Washington, D.C. 20530
                                          (202) 514-7224