UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE RESHARD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1136 (JGP) |
| ) | |
| **NORMAN Y. MINETA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's Motion For Further Enlargement of Time, any Opposition thereto and for good cause shown, it is this _____ day of _____ ___, 2007,

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that Defendant may have up to and including February 1, 2007 to file its Opposition to Plaintiff's Motion for Reassignment of Case and Judicial Recusal.

_____

Date                                                                                        United States District Judge

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

Pro Se Plaintiff
Connie C. Reshard
1435 4th Street, SW
Washington, DC 20024