UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE C. RESHARD<br>                Plaintiff,<br><br>v.<br><br>MARY E. PETERS<br>                Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-1136 (JGP)<br>)<br>)<br>)<br>) |

## ERRATA

Defendant has filed an Opposition to Plaintiff's Motion for Reassignment of Case and Judicial Recusal.(Docket Entry #12). Through an inadvertence, the Order was not filed with Defendant's Opposition.

Defendant hereby files the Order requesting that Plaintiff's Motion be denied. Counsel regrets the inconvenience to the Court and to Plaintiff for this inadvertence.

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *Wyneva Johnson*
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff:

Connie C. Reshard
1435 4th Street, SW
Washington, DC 20024

/s/ Wyneva Johnson
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE RESHARD          )<br>                                     )<br>         Plaintiff,              )<br>                                     )<br>         v.                        )<br>                                     )<br> MARY E. PETERS          )<br>                                     )<br>         Defendant.         )  | Civil Action No. 06-1136 (JGP) |

## ORDER

Upon consideration of Plaintiff's Motion For Reassignment of Case and Judicial Recusal, Defendant's Opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2007, hereby,

ORDERED, that Plaintiff's motion be, and hereby is DENIED.

_____                                          _____
Date                                                                     United States District Judge

Copies to:

Attorney for Defendant

Wyneva Johnson
Assistant United States Attorney
555 4th Street, NW, E-4106
Washington, DC 20530

Pro Se Plaintiff

Connie Reshard
1435 4th Street, SW
Washington, DC 20024