UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE C. RESHARD )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　 )　　Civil Action No. 06-1136 (JGP)<br>　　　　　　　　　　　　 )<br>MARY E. PETERS　　　　　)<br>　　　　　　　　　　　　 )<br>　　　　　　　Defendant. )<br>_____) | |

## ERRATA

Defendant filed a Motion for Further Enlargement of Time on January 30, 2007 (Docket Entry #11). Through an inadvertence, the Certificate of Service for the Motion filed electronically did not include the service date. The attached Certificate of Service includes the service date.

Counsel regrets the inconvenience to the Court and to Plaintiff for this inadvertence.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Wyneva Johnson
WYNEVA JOHNSON, D.C. Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff:

Connie C. Reshard
1435 4th Street, SW
Washington, DC 20024

/s/ Wynera Johnson
Wynera Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff:

Connie C. Reshard
1435 4th Street, SW
Washington, DC 20024

/s/ *Wyneva Johnson*
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224