UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONNIE C. RESHARD,**

    **Plaintiff,**

Versus                                  Civil Case No. 06cv1136
                                            Senior Judge JGP

**THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION**

    **Defendant.**
_____/

RECEIVED
FEB 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNAPPOSED MOTION FOR ENLARGEMENT OF TIME

1.    Plaintiff moves to enlarge the time from February 23, 2007 to March 20, 2007 to file a response or cross-motion for summary judgment. Defendant's counsel does not oppose this motion and agrees to file a reply on or before April 10, 2007.

## POINTS AND AUTHORITIES

2.    On January 12, 2007, defendant filed a Motion for Summary Judgment. The time in which to respond expired on January 26, 2007 inclusive of three days for service by mail. On January 24, 2007 the parties agreed to a filing schedule. Plaintiff would file a response by February 23, 2007 and defendant would file a reply by March 14, 2007. The Court approved the filing schedule. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that any Party may request an enlargement of the time to file a pleading before the time expires. Plaintiff has other profession obligations that she has no control to

modify the schedule and ongoing health issues. Granting such a motion is routine and justified as a matter of course.

3.      On February 20, 2007, plaintiff Connie Reshard and Wyneva Johnson, Assistant U.S. Attorney for the defendant (Hereinafter "the Parties") conferred by telephone regarding the filing of responses and agreed to stipulate certain dates subject to the concurrence of the Court. The Parties stipulate that the plaintiff will file a response or cross-motion for summary judgment on or before March 14, 2007. Defendant will file a reply on or before April 10, 2007.

**WHEREFORE**, granting this motion is consistent with Federal Rules of Civil Procedure and Local Rules.

Dated: February 21, 2007

*[signature]*

Connie C. Reshard
Plaintiff, *Pro Se*
1435 4th Street, SW
Washington, DC  20024
202-554-7472
202-554-7471 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the Motion for Enlargement of Time in the above styled case was served by United States Postal Service, first-class, postage prepaid mail on February 21, 2007 to Wyneva Johnson, Assistant U.S. Attorney for the District of Columbia, Judicial Center Building, 555 4th Street, NW, E-4106Civil Division, Washington, DC 20530.

Connie C. Reshard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNIE C. RESHARD,

    Plaintiff,

Versus                                        Civil Case No. 06cv1136

THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION,

    Defendant.
_____/

## O R D E R

Based on the Unopposed Motion for an Enlargement of Time by the Parties, the Plaintiff must file a Response or Cross-Motion for Summary Judgment to the Motion for Summary Judgment on or before March 14, 2007. The Defendant must file a Reply on or before April 10, 2007.

IT IS ORDERED.

DATE: _____.

_____
Senior United States District Court Judge