# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CONNIE RESHARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1136 (JGP) |
| MARY E. PETERS, Secretary, U. S. Department of Transportation Defendant. | ) ) ) ) ) | |

## DEFENDANT'S STATUS REPORT

The defendant, in response to the Court's August 13, 2007 Order, provides the following information on the status of the case.  Counsel called plaintiff and left a message with regard to the Court's Order. Plaintiff returned the call but counsel was unavailable. Thus, the parties are unable to file a Joint Report.

The Court has pending Defendant's Motion for Summary Judgement and Plaintiff's Motion for Reassignment of Case and Judicial Recusal.  These motions are ripe for decision by the Court.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th, August, 2007, that a copy of the Defendant's Status Report was filed and served by First-Class mail; postage prepaid to:

Connie C. Reshard
1435 4th Street, SW
Washington, DC 20024

                                                  /s/_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, NW, E-4106
Washington, D.C. 20530
(202) 514-7224