

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNIE C. RESHARD,

    Plaintiff,

Versus                                                   Civil Case No. 06cv1136

                                                            JGP

THE HONORABLE MARY E. PETERS,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION

    Defendant.
_____/

## PLAINTIFF'S REPLY TO CHIEF JUDGE HOGAN'S MINUTE ORDER

1.    Plaintiff files the following status report in response to Chief Judge Thomas F. Hogan's Minute Order dated August 13, 2007. This case is not moot.

2.    Plaintiff filed a motion asking the Clerk of Court to reassign the case and asking Senior Judge John Garrett Penn to recuse himself. Plaintiff has a related case filed in 1987 pending in this Court, *Reshard v. Peters* (Secretary of U.S. Department of Transportation), Civil Case No. 87-2794. Senior Judge Penn is the judge of record in No. 87cv2794 (Hereinafter known as *Reshard I*) and the above styled case (Hereinafter known as *Reshard II*). Plaintiff has repeatedly asked Senior Judge Penn to recuse himself in the 1987 case and now the above styled case. Senior Judge Penn has steadfastly refused to recuse himself and has repeatedly, in my review, shown bias and prejudice against the plaintiff and in favor of the defendant. After the plaintiff filed for

**RECEIVED**

SEP 4  2007

NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT

reassignment of the case and for recusal by Senior Judge Penn, the defendant filed a motion for summary judgment.

**WHEREFORE**, plaintiff hopes that this review of the case files in both *Reshard I* and *Reshard II* will lead to a reassignment to another judge in each case.

Dated: September 4, 2007

*/s/ Connie C. Reshard*
Connie C. Reshard
Plaintiff, *Pro Se*
1435 4th Street, SW
Washington, DC 20024
202-554-7472
202-554-7471 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that the Reply to Chief Judge Hogan's Minute Order in the above styled case was served by United States Postal Service, first-class, postage prepaid mail on September 4, 2007 to Wyneva Johnson, Assistant U.S. Attorney for the District of Columbia, Judicial Center Building, 555 4th Street, NW, E-4106, Civil Division, Washington, DC 20530.

_____
Connie C. Reshard