CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE RESHARD )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>)<br>v. ) | Civil Case Number 06-1136 (RBW) |
| )<br>)<br>NORMAN Y. MINETA, Sec., Dept. of )<br>Transportation )<br>)<br>Defendant ) | Category    H |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Reggie B. Walton</u> by direction of the Calendar Committee.

(Randomly reassigned)

> JUDGE ELLEN S. HUVELLE
> Chair, Calendar and Case
> Management Committee

cc:   Judge Walton & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk