UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNIE C. RESHARD,

    Plaintiff,

Versus

                                                                    Civil Case No. 06cv1136
                                                                    RBW

THE HONORABLE MARY E. PETERS,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF FILING COPY OF PLAINTIFF'S SUPPLEMENT TO MOTION TO VACATE AND MOTION FOR RECONSIDERATION, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT FROM CIVIL CASE NO. 87CV2794

Plaintiff hereby notices the filing of her supplement to plaintiff's Motion to Vacate and Motion for Reconsideration of Judge Penn's Order granting a partial summary judgment. The Order also denied plaintiff's Motion for Summary Judgment. Plaintiff further supplements her Motion for Summary Judgment.

Date: February 25, 2008

                                                                  Respectfully Submitted,

                                                       /S/
                                                Connie C. Reshard, *Pro Se*
                                                       1435 4th Street, SW
                                                     Washington, DC 20024
                                                            T: 202-554-9222
                                                           F: 202-554-7471