UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONNIE C. RESHARD,**

    **Plaintiff,**

Versus                                          Civil Case No. 06cv1136

**THE HONORABLE NORMAN Y. MINETA,
SECRETARY OF TRANSPORTATION,
UNITED STATES DEPARTMENT OF
TRANSPORTATION,**

    **Defendant.**
_____/

## ORDER

Based upon Defendant's Motion for Summary Judgment and the opposition thereto, the Motion for Summary Judgment is hereby denied.

IT IS ORDERED.

DATE: _____.

                                                                          _____
                                                             United States District Court Judge