UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE RESHARD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARY PETERS, )<br>SECRETARY OF TRANSPORTATION, )<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION )<br>)<br>Defendant, )<br>) | Civil Action No. 06-1136 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that the defendant's motion for summary judgment is **Granted**. It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge